FILED

2016 JUL 29 AM 10: 05

Wayne Spindler
P.O. Box 16501
Encino, CA. 91416-6501
(213) 381-1403—phone
(213) 381-5542-fax

*In propia persona*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LA CV16 05655-RSWL-E

**Wayne Spindler,**

**Plaintiff,**

**vs.**

**City of Los Angeles; Matthew M. Johnson; Mitchell Englander; Marqueece Harris-Dawson; Charlie Beck, Steve Soboroff and Does 1 to 10,**

**Defendants.**

**Case No.:** ____________________

**COMPLAINT FOR DAMAGES FOR FIRST, FOURTH, FIFTH, EIGHTH AND FOURTEENTH AMENDMENT TO US CONSTITUTION; CALIFORNIA CONSTITUTION PURSUANT TO UNDER 42 U.S.C. § 1983**

## I. JURISDICTION AND VENUE

1. As this case involves questions which arise under the U.S. Constitution and the the the laws of the United States, the jurisdiction of this court is

PAID
JUL 29 2016
Clerk, US District Court
CCUS 4612

invoked pursuant to 28 U.S.C. § 1331. The Court has jurisdiction to issue relief pursuant to the Declaratory Relief Act, 28 u.s.c. § 2201 and 2202. This court hasjurisdiction to hear Plaintiffs' pendent state claim through the doctrine of supplemental jurisdiction set forth at 28 U.S.C. § 1367.

2. Venue is proper for the United States District Court for the Central District of California under 28 U.S.C. § 1391 (b). Defendants reside in the Central District, and the acts and omissions complained of herein have occurred and will occur in the Central District.

**FACTS**

1. Matthew M. Johnson in his individual and his official capacity as President of and Steve Soboroff in his individual and his official capacity as vice-President of the Los Angeles City Board of Police Commissioners ("LAPD Board"); Mitchell Englander in his individual and his official capacity as the Chair of the Los Angeles City Public Safety Committee; Marqueece Harris-Dawson in his individual and his official capacity as the Chair of a Housing/homeless and or Poverty related Committee; and Charlie Beck in his individual and his official capacity as Executive Officer of the Los Angeles Police Department each of whom violated Plaintiffs' rights under the First, Fourth, Fifth, Eighth and Fourteenth Amendment and Article 1, Section 2 of the California Constitution.

References herein to the "First Amendment" collectively encompass both the First Amendment to the U.S. Constitution and Article 1, Section 2 of the California Constitution.

2. The Plaintiff is a private non-public person who speaks and publicly participates in City of Los Angeles meetings at City Hall, and the Los Angeles Police Commission, Committee meetings, Commission meetings and other meetings including neighborhood council meetings.

3. Defendants have targeted Plaintiff as a "troublemaker" and "Racist" for doing nothing more than peacefully and lawfully defending his rights. The City is a municipal corporation which enacts and enforces laws, including laws affecting the conduct of public meetings. It is an employer and a chartered city of the State of California.

4. On several occasions the Defendant, through various employees or other people elected, or volunteers deemed "employees" or "qualified immunity " persons acting at or at the behest of the City of Los Angeles, a municipal corporation. The entities of the City of Los Angeles include the Los Angeles Police Commission, the Los Angeles City Council, The Office of the City Attorney, and the Los Angeles Police Department, all of whom are employed by or are working or acting on behalf of the Defendant. The Defendant thus

covers the individuals under "qualified immunity" thus as a form of

respondeat superior.

5.      As alleged herein, the City has adopted and enforced a written policy and

has actual and/or constructive knowledge that in the conduct of its public meetings,

including meetings of the Board and the Los Angeles City Council, there is a

policy and/or pervasive practice that is so permanent and well-settled as to

constitute acustom and usage with the force of law, to selectively censor the speech

of certain persons, including Plaintiff, who express views that are critical of the

City and/or its officials, through the unconstitutional use and enforcement of

"Rules of Decorum," part hereof by this reference ("the Rules") and related

policies and practices, as well  as criminal prosecutions, including removing such

persons from public meetings and otherwise interfearing with their right to speak \

and/or their right to assemble at such public meetings, and by tolerating and/or

acquiescing in such policies and practices and in the suppression of such

constitutional rights and by failing, after being on notice thereof, to train,

supervise, monitor and correct City officials who preside over such public

meetings and members of General Services Police Officers, within the Office of

Public Safety, Department of General Services ("Police Officers").

 Plaintiff alleges that the wrongful acts and omissions alleged herein

violate his Right to Free Speech, his Right of Assembly and his Right to Due

Process of Law, contrary to the First, Fourth, Fifth, Eighth and Fourteenth

Amendments to the U.S. Constitution and Article 1, Section 2 of the California

Constitution, as impermissible prior restraints on protected expression in a public

forum, under laws and rules that, on their face and as applied, are impermissibly

vague and lack adequate guidelines, thereby allowing authorities unbridled

discretion to abridge. constitutional rights, including Plaintiffs constitutional rights.

6.  Prior to the filing of this action, Plaintiff, attempted to resolve this matter,

thereby saving time, effort and expense, without burdening the court, but the City

has failed to respond. In compliance with the California Tort Claim Act, on or

about various dates less than ninety 90 days after the events in question

and prior to the filing of this action from 2015 and this year, Plaintiff, presented his

claims to the City in a letter, a true and correct copy of

which are attached hereto as Exhibits and are made a part hereof by this

reference, which claims were addressed to the proper party, gave the City adequate

notice that litigation would ensue if the matter was not resolved, gave the City

sufficient time to investigate the matter and provided an address where Plaintiff

could be contacted. Said claims have been deemed or are deemed to have been

rejected by the City.

7.    Defendant City is a municipal entity, organized under the laws of the State

of California with the capacity to sue and be sued. The City is the legal and

political entity responsible for the actions of its officers and employees.

8.    At all times herein the City was acting under color of law.

9.    Defendants, at all times material hereto, were acting as Officers of the a

Commission, or as Executive Officers of a Committee and each person is being

sued as an individual and in his official capacity. At all times, Defendants were

acting under color of law. Plaintiff is informed and believes each Defendant

resides in the County of Los Angeles except Defendant Beck who is believed to

be residing on a horse property somewhere in San Bernardino County.

## FACTUAL ALLEGATIONS

The Law in California for public meetings and access to them is called

The Ralph M. Brown Act. This law has been trampled on, not just violated,

But TRAMPLED ON by the Defendant and its agents, employees, and other

volunteers. The Public is limited to 1 minute of public comment or and

when they speak they are cut off in mid sentence, are tossed out of meetings

for false claims of "disruption" or their speaker cards are "misplaced"

or "lost" over "overlooked" many times.

According to the Rules of the Board, all "meetings of the Board shall

be in a municipal or other facility open to the public and with reasonable provision

for attendance by the public;" that at any public hearing, "members of the public

are invited to express their views on a particular subject" and that "members of the

general public may  address the Board orally at any meeting with regard to any

matter on which the Board is deliberating at such meeting..."

There have been in this suit 4 claims of such violations and all these

claims have been DENIED by the City Attorney of Los Angeles. (exhibit A).

As well, three complaimts to the L.A.P.D (The Los Angeles Police Department

have been lodged by Plaintiff and they have been going nowhere

or have been dismissed as irrelevant (Exhibit B.)

The Defendant also runs an organization called the Los Angeles Department

Water and Power (L.A.D.W.P.) Plaintiff has a ranch in a burn area that the

DWP set a fire to or caused a major fire in 2013 that led to 2014 and

2015 flood damages that have been declared by L.A. County as disasters.

The DWP did this harm in the unincorporated L.A. County.

The Defendant knows that Plaintiff presented a complaint for damages

to them that to this day has never been acknowledged and just ignored and

has attended DWP commission meetings demanding the devastation caused by

the fire related floods be compensated or repair help (Exhibit C.)

The Defendant always ignores its resident's claims of help. They also have

draconian ways to deal with those they disagree with or who expose their

Corruption at times.

One such occasion happened at the L.A.P.D. Commission meeting of

November 10, 2015. The meeting chair, the Hon. Matthew M. Johnson was tired

of speakers in his meeting and called a recess on his own and also on his

own CLEARED THE ROOM. Then the multitude of speakers were pushed into

the LAPD HQ lobby area and then told to LEAVE THE BUILDING—even

though they were with some exceptions allowed to attend the remainder of the PUBLIC MEETING UNDER THE BROWN ACT. Plaintiff arrived late, came in and was checking in the lobby and had his speaker cards and his agenda ready in hand. Plaintiff tried to turn his speaker cards into the sergeant at arms but they refused to allow it. The City Attorney and other officials were in the lobby then left telling everyone to just GET OUT. Then cops in the lobby called an "unlawful assembly" and demanded everyone leave within 2 minutes. The Plaintiff demanded that a ruling be made and also demanded he be allowed Programmatic access to the meeting as soon as it reconvenes. They would have None of it. Then the cuffed and arrested Plaintiff and another gentleman Mr. Michael Hunt, who is Afro American and was at the meeting and was asking For a ruling as well. This is same Hunt as in *Hunt v City of Los Angeles,* 638 F. 3d 703 (9th Cir. 2011) Both the Plaintiff and Hunt were taken down to the Parking garage.

Separated, the LAPD took Plaintiff to one jail for several hours, then Booked him into the Metropolitan Detention Center and set a bond of $5,000! This on a misdemeanor arrest that is allowed a release on a promise to appear

no less! 13 ½ hours LATER—PLAINTIFF HAD TO POST BOND AND WAS

FINALL RELEASED.

The D.A. next then on the arraignment date, FILED NO CHARGES (exhibit D.)

This is of course because the arrest was malicious and ILLEGAL. The unlawful

Assembly was a bogus attempt as a free speech suppressant. And it worked

Perfectly. The meeting reconvened with no more than 2 speaks for the public

and another city insider, Dallas Fowler, who failed to disclose that she was

speaking as a member of the Police Permit Review Panel, a subsidiary of the

Los Angeles Police Commission!

The Defendant at the L.A. Police Commission didn't leave off just with

that retribution. The Vice-President of the Commission, Steve Soboroff,

threatened Plaintiff in the Lobby of the LAPD HQ after one meeting and

called plaintiff a "the worst piece of shit" in front of a dozen witnesses

and at another meeting demanded that Plaintiff explain why he wore a hood

with a swastika on it and called them "Nazis" in violation of the Ralph M.

Brown Act.

At two L.A. City Committee meetings there has been more misdeeds in

violation of Plaintiff's right to free speech and participation: The

Councilman Mitchell Englander, who ran for County Board of Supervisors and

Finished fifth, has been called a "dwarf" by many in public comments. He

Immediately had the Plaintiff thrown out of a meeting and the Police Sargeant at Arms grabbed the mic out of Plaintiffs hand and removed him.

At another meeting, a black councilman Marqueece Harris-Dawson tossed away the speaker cards for the Plaintiff and would not allow him to speak at the meeting. The City Attorney got a complaint for this and this conduct was so outrageous that it was compared to a modern day lynching by the Plaintiff in his complaint for damages.

The Defendant hates the Plaintiff and is using suppression tactics against his rights to public participation in a strategic litigatory and vindictive way. There are many other incidences of these Brown Act and 1rst Amendment violations. Wearing a hood and drawing KKK like drawings and swastikas and the like on Speaker cards are expressions of Plaintiff's political message protected by the First Amendment in protest over the suppression of free speech, in general and the oppression of Plaintiff as a White American by Afro-American and Jewish American City Officials, in particular.

the incendiary epithet "Nigger," and "Jewboy" are symbols of blatant racism toward African Americans by LAPD. Wearing a hood and drawing KKK like drawings and swastikas and the like on Speaker cards are expressions of Plaintiff's

political message protected by the First Amendment in protest over the suppression of free speech, in general and theoppression of Plaintiff as a White American by Afro-American and Jewish American City Officials, in particular.

the incendiary epithet “Nigger,” and “Jewboy” are symbols of blatant racism toward African

Americans being killed by LAPD in order to turn the tables on the predominately Black and Jewish-White controlled City Government establishment, as if to say “members of the City Council and LAPD Leaders are as ignorant, uncouth, dishonest, and unable to learn or function properly just as racists such as the KKK accused African Americans of being ignorant, uncouth, dishonest, and unable to learn or function properly when

they called them “House Niggers” “Niggers” “Jewboys” and “Nazis” by publicly confronting the City and Sanders with these powerful and provocative messages, Plaintiff was gaining an advantage by reversing terms previously used to his disadvantage. did not actually disrupt, disturb or interfere with the Public confronting the City and Sanders with these powerful and provocative messages, Plaintiff was gaining an advantage by reversing terms previously used

to his disadvantage. Plaintiff did not actually disrupt, disturb or interfere with the Public The detention for the false arrest on Nov. 10, 2015 was excessive force

and cruel and unusual punishment for something merely to try to speak at a public meeting for a minute or two.

Comment Speakers" requires a "warning" before a person who has violated the

Rules can be ordered to leave, on the other hand The Rules of Decorum, as interpreted and as applied by Defendants, are impermissible prior restraints on free expression and the right of assembly; are content based restrictions on protected expression; are vague and ambiguous, and allow for unbridled, discretionaq enforcement based on subjective analysis by Defendants The Rules of Decorum have been and will continue to be used to chill; intimidate, and deny constitutionally protected political expression and freedom of assembly, in the absence of declaratory and injunctive relief from the Court. Since the Rules of Decorum implicate fundamental First Amendment rights, and alleged violations can result in criminal penalties, the Rules of Decorum are subject to strict

scrutiny with regard to their constitutionality under both a First Amendment and Due Process analysis. Comment Speakers" requires a "warning" before a person who has violated the Rules can be ordered to leave, on the other hand, the Rules

of Decorum, as interpreted and as applied by Defendants, are impermissible prior restraints on free expression and the right of assembly; are content based restrictions on protected expression; are vague and ambiguous, and allow for unbridled, discretionary enforcement based on subjective analysis by Defendants' Rules of Decorum have been and will continue to be used to chill; intimidate, and deny constitutionally protected political expression and freedom of assembly, in the absence of declaratory and injunctive relief from the Court. Since

the Rules of Decorum implicate fundamental First Amendment rights, and alleged violations can result in criminal penalties, the Rules of Decorum are subject to strict scrutiny with regard to their constitutionality under both a First Amendment and Due Process analysis. Comment Speakers" requires a "warning" before a person who has violated the Rules can be ordered to leave, on the other hand, the Rules of Decorum, as interpreted and applied by Defendants impermissible prior restraints on free expression and the right of assembly; are content based restrictions on protected expression; are vague and ambiguous, and allow for unbridled, discretiony enforcement based on subjective analysis by Defendants The Rules of Decorum have been and will continue to be used to chill; intimidate, and deny constitutionally protected political expression and freedom of assembly, in the absence of declaratory and injunctive relief from the Court. Since

the Rules of Decorum implicate fundamental First Amendment rights, and alleged violations can result in criminal penalties, the Rules of Decorum are subject to strict scrutiny with regard to their constitutionality under both a First Amendment and Due Process analysis.

Are the City officials trying to perpetuate their own power"? Depending on the subjective meaning adopted by a City official for the term "impertinent," which term is not defined in the Rules, a speaker could be silenced or ejected from a public meeting based on the negative viewpoint being expressed regarding matters of public interest under discussion at the meeting. Consequently, the Rules do not provide people of ordinary Intelligence a reasonable opportunity to understand what conduct or speech is prohibited and instead authothe and encourage arbitrary and discriminatory enforcement. Furthermore, the Rules impose an unconstitutional prior restraint by conditioning the free exercise of First Amendment rights on the unbridled discretion of government officials under regulations which do not contain narrow, objective and definitive standards. The rules as applied and interpreted are suppressing free expression.

*Black 538* U.S. 343, *359—360* (2003), or does it mean more broadly, to give a sign or warning, or to portend ("the speaker *threatened* that if the City raised the entrance fees to its facilities, fewer people would come and the City would actually lose money" or "the speaker *threatened* to resign from the citizen's commission.

Plaintiff and other speakers at the City public meetings are entitled under the Constitution to express views which "invite dispute" and which include "a condition of unrest, creates distractions with conditions as they are, or even stirs people to action" *Lenninielo v. Chicago* 337 U.S. 1 (1949.) Protected speech is "is often provactive and challenging .It may strike at prejudices and preconceptions and have profound unsettling effects as it presses for acceptance of an idea." *Id.*
The City cannot use the Rules to impose "standardization of ideas" by punishing

viewpoints which City officials subjectively find "impertinent," "abusive,"

"slanderous" or "threatening."

See *Cohen* v. *California,* 403 U.S. 15 (1971) (a jacket bearing the words "Fuck the Draft" worn in a courthouse hallway is constitutionally protected).

This intention is thereby depriving Plaintiff of his legal and constitutional rights or otherwise causing injury, for which Defendants are liable to Plaintiff for an award ofpunitive and exemplary damages.

The discriminatory enforcement of Rules and laws furthermore imposes an unconstitutional prior restraint by conditioning the free exercise of First Amendment rights and allows unbridled discretion of Government officials under color of law narrow, objective and defmitive standards. The term "threatening" is a overly broad, vague, content-based,

viewpoint-based term, which imposes a prior restraint on protected speech.

unconstitutional vague and ambiguous content-based, viewpoint-b~e~ terms.

Plaintiff and other speakers at the City's public meetings are entitled under the

Constitution to express views which "invite dispute" and which induce "a

Condition which must allow punitive and exemplary damages.

Commissioners are trying to perpetuate their own power"? Depending on

the subjective meaning adopted by a City official for the term "impertinent,"

which term is not defined in the Rules.

a speaker could be silenced or ejected from a  public meeting based on the

negative viewpoint being expressed regarding matters of public interest

under discussion at the meeting. Consequently, the Rules do not

provide people of ordinary Intelligence a reasonable opportunity to understand

what conduct or speech is prohibited and instead authothe and encourage arbitrary

and discriminatory enforcement. Furthermore, the Rules impose an

unconstitutional prior restraint by conditioning the free exercise of First

Amendment rights on the unbridled discretion of government officials under

regulations which do not contain narrow, objective and definitive standards.

## CAUSES OF ACTION

## FiRST CLAIM FOR RELIEF

### Violations of First. Fifth, and Fourteenth Amendment and Article I, Section 2 of the California Constitution Regarding Unconstitutional Arrest.

By reason of the forgoing, including the illegal arrest and expulsion of

Plaintiff from the Public Meetings, which thereby denied him the right to attend

And Defendants have improperly interpreted and applied Section 403 **in an**

Plaintiff did not actually disturb or break up the Public Meeting. On the contrary, *Cohen v California,* 403. U.S.15(1971) Consequently, Plaintiff has been impeded in his efforts to carry out constitutionally protected activities as described above, and, accordingly, he has and will suffer damages as a result of Defendants' actions. Absent relief from this Court, Plaintiff will suffer irreparable harm. Plaintiff's right to freedom of speech and freedom of assembly will continue to be violated. There is a very real threat of imminent future violations of Plaintiff's rights under the First, Fourth, Fifth, Eighth and Fourteenth Amendment **and** Article 1, Section 2 of the California Constitution.

An actual controversy now exists between Plaintiff and Defendant concerning his right to express himself and to peaceably assemble at public meetings of the City including whether Plaintiff will continue to be threatened with criminal prosecution if his intended activities are deemed by Defendants not be in compliance with their interpretation of applicable law.

Plaintiff has suffered damages as a direct result of the actions of the Defendants, including violations of his constitutional rights; denial of the right to peaceably assemble; denial of his due process rights; denial of the right to speak at a public meeting on a matter of public concern; the humiliation of being arrested and forced to leave a public meeting; the requirement to appear in court on criminal charges; emotional distress and the loss of enjoyment of life, for which Plaintiff is entitled to compensatory damages as provided by law and subject to proof at trial.. Plaintiff is informed and believes and upon such information and belief alleges that by reason of the foregoing, including his willful and intentional

misconduct Defendants acted with reckless or callous disregard, and with deliberate indifference for Plaintiff's constitutional rights, with an evil motive or intent to censor Plaintiff and prevent him from exercising his Right to Free Speech,

Right of Assembly and Right to Due Process, with malice and oppression, and **with** the intention of thereby depriving Plaintiff of his legal and constitutional rights or otherwise causing injury, for which Defendants owe to Plaintiff for an award of punitive and exemplary damages.

**SECOND CLAIM FOR RELIEF**

**Violations of First. Fifth, and Fourteenth Amendments and Article Section 2 of the California Constitution Regarding Enforcement of Unconstitutional Rules of Decorum and application of them**

The foregoing allegations in Paragraphs 1 through 32 are incorporated intothe Second Claim for Relief as though fully set forth herein The Rules of Decorum and their enforcement violate the First Amendment because they contain provisions which constitute impermissible prior restraints on speech.

The terms are vague and lack adequate standards or guidelines for enforcement City officials have unbridled discretion to enforce these Rules. Theacts complained of herein were directed towards intimidating Plaintiff from the lawful exercise of his constitutional rights. The failure to enact laws and rules that give reasonable notice activities subject to criminal penalties and the failure to adopt precise standards and guidelines by which to guide City officials in applying such laws and rules violates Plaintiff's rights to Due Process under the First, Fifth and Fourteenth Amendments.

Consequently, Plaintiff has been impeded in his efforts to carry out constitutionally protected activities as described above, and, accordingly, have and will suffer damages as a result of Defendant's actions and Absent relief from this Court, Plaintiff will suffer irreparable harm. Plaintiff's right to freedom of speech will continue to be violated. There is a very real threat of imminent future violations of Plaintiff's First Amendment and Due Process rights. An actual controversy now exist between Plaintiff and Defendants concerning his right to express himself and to peaceably assemble at public meetings of the City including whether Plaintiff will be able to continue tobe threatened with criminal prosecution if his intended activities are deemed by Defendants not be compliance with their interpretation of applicable law. Plaintiff has suffered damages as a direct result of the actions of the Defendants, including violations of his constitutional rights; denial of the right to **peaceably** assemble; denial of the right to speak at a public meeting on a matter of public concern; the humiliation of being arrested and forced to leave a public meeting; the requirement to appear in court on criminal charges; emotional distress and the loss of enjoyment of life, for which Plaintiff is entitled to

compensatory damages as provided by law and subject to proof at trial.

Plaintiff is informed and believes and upon such information and belief **alleges that** by reason of the foregoing, including his willful and intentional misconduct, Defendants acted with reckless or callous disregard, and with deliberate indifference, for Plaintiffs constitutional rights, with an evil motive or intent to censor Plaintiff and prevent him from exercising his Right to Free Speech, Right of Assembly and Right to Due Process, with malice and oppression, and with the intention of thereby depriving Plaintiff of his legal and constitutional rights or otherwise causing injury, for which Sanders is liable to Plaintiff for an award of punitive and exemplary damages.

**PRAYER FOR RELIEF**

Therefore, Plaintiff requests judgment against Defendants and each of them, as follows:

1. For a preliminary and permanent injunction enjoining Defendants and their agents, servants, employees, and successors in office, and all persons acting inconcert with them or at their direction or under their control, from enforcing Penal Code solely on the basis of constitionally suspect actions without authority of law, willfully engages in actual disruption of an assembly or meeting that is not unlawful in its character other than an assembly or meeting referred to in Section 302 of the Penal Code or Section 18340 of the Elections Code.

2. For a preliminary and permanent injunction enjoining Defendants and their agents, servants, employees, and successors in office, and all persons acting in concert with them or at their direction or under their control, from enforcing the Rules of Decorum of the Los Angeles City Committees and Commissions by Commissioners and Councilpersons solely on the basis of constitutionally protected speech, except where the suspect engages in actual disruption of a meeting of the Board.

3. For a declaratory judgment that the Rules of Decorum, as interpreted and applied in the case of violating the First, Fourth, Fifth, Eighth, and Fourteenth Amendments to the U. S. Constitution and Article 1, Section 2 of the California Constitution

4. For an Order directing that the November 10, 2015 Citation to Plaintiff for violation of Penal Code Section 409 be expunged *in* any and all files maintained by Defendants.

5. For compensatory damages against Defendants as permitted by law and according to proof at trial, in favor of Plaintiff.

6, For punitive damages against Defendants Johnson, Soboroff, Englander, Beck and Harris-Dawson as permitted **by** law and according to proof at trial, in favor of Plaintiff.

7. For attorneys fees and costs as provided by law, including but not limited to 42 U.S.C § 1988 and California Code of Civil Procedure § 1021.5. 10

8. For any further relief as this Court deems just and proper.

**PRAYER FOR JURY TRIAL**

Plaintiff demands a jury trial on his claims and for punitive damages.

Dated this 29th day of July 2016

Wayne Spindler
*In propia persona*

# exhiBits

A Claim of march 1, 2016 meeting (3/1/16) – page(s) 25-26
(Denial of Public comment)(excessive Force) – ~~page(s) 27-31~~

B Claim #C16-2952 (11/10/2015) – page(s) ~~27~~ – 31
False arrest/ excessive Force/ cruel and unusual Punishment

C Claim # C16-3046 (1/13/2016) – page(s) 32-36
(Denial of Public comment) – ~~page(s)~~

D Claim # C16-2347 (11/17/15) – page(s) 37-39
(retaliation) (Harassment) (Denial of Public comment)

E Claim # C16-2951 (12/8/15) – page(s) 40-44
(False imprisonment) (Harassment) (retaliation)

F Police complaint # 15-001479 – page(s) 45-48

G Police complaint # 15-003306 – page(s) 49-50

H Police complaint # 16-000060 – page(s) 51.

I Photos – Property Damage Floods in Lake Hughes – page(s) 52-54

J PC 409 Arrest/ Disposition – page(s) 55-57

K Speaker Cards 11/10/2015 And Article – page(s) 58-60

FORM GEN. 160-A (Rev. 7/01)

RESERVE FOR FILING STAMP

CLAIM NO. ____________

RECEIVED CITY CLERK'S OFFICE 2016 MAR -4 AM 11:35 CITY CLERK BY ______ DEPUTY

# CLAIM FOR DAMAGES

## TO PERSON OR PROPERTY

**INSTRUCTIONS**

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2)
3. Read entire claim before filing. Claim can be mailed or filed in person. No faxes accepted.
4. See Page 2 for diagram upon which to locate place of accident.
5. This claim form must be signed on Page 2 at bottom.
6. Attach separate sheets, if necessary, to give full details. SIGN EACH SHEET.
7. Fill out in duplicate. ONE COPY TO BE RETAINED BY CLAIMANT.
8. Claim must be filed with CITY CLERK, (Gov. Code Sec. 915a) 200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012

TO: CITY OF LOS ANGELES

Name of Claimant: Wayne Spindler

Age of Claimant: 45

Home address of Claimant: 19352 Vanowen St

City, State and Zip Code: Reseda CA. 91335

Home Telephone Number: (661) 341-7710

Business address of Claimant: P.O. Box 16501

City, State and Zip Code: ENCINO CA 91416

Business Telephone Number: (213) 381-1403

Give address to which you desire notices or communications to be sent regarding this claim: P.O. Box 16501 ENCINO CA. 91416

How did DAMAGE or INJURY occur? Please include as much detail as possible.
While Speaking on Item #2 at minute 45:30-47 the sergeant at Arms Morris grabbed the mic out of my hand and Councilman Englander Attempted to illegally eject me

When did DAMAGE or INJURY occur? Please include the date and time of the damage or injury.
MArch 1, 2016 at 45:30 - 47:30

Where did DAMAGE or INJURY occur? Please describe fully, and locate on the diagram on the reverse side of this sheet Where appropriate, please give street names and addresses or measurements from specific landmarks:
PLUM Committee 200 N. Spring Street, Room 350- L.A. CA. 90012

What particular ACT or OMISSION do you claim caused the injury or damage? Please give names of City employee causing the injury or damage and identify any vehicles involved by license plate number, if known.
Violation of Brown Act, Assault L.A.P.D Sergeant at Arms

Please list the names and address of Witnesses, Doctors and Hospitals:
Councilman Huizar, Cedillo, Englander, And MARQUEECE Herman A. Herman Pouy Haynes 30 others

SEE PAGE 2 (OVER)

THIS CLAIM MUST BE SIGNED ON REVERSE SIDE

exhibit A

What DAMAGE or INJURIES do you [claim resulted]? Please give full extent of [inju]ries or damages claimed.

Pain Suffering Humiliation.

What is the AMOUNT of your claim? Please itemize your damages:

$ 10,000

If you have received any insurance payments, please give the names of the insurance companies:

none

For all accidents claims please place on the following diagram the names of the streets where the accident occurred and the nearest cross-streets; indicate the place of the accident by an "X" and by showing the nearest address and distances to street corners. Please indicate where North is on the diagram.

Note: if the diagram does not fit the situation, please attach your own diagram.

Edward R. Roybal
Hearing Room
200 N. Spring St
L.A. CA 90012
SIDEWALK
CURB
PARKWAY
SIDEWALK
CURB

Signature of Claimant or person filing on claimant's behalf giving relationship to claimant: [signature]

Print Name: Wayne Spindler

Date: 3-4-2016



City Hall East
200 N. Main Street
Room 916
Los Angeles, CA 90012

(213) 473-6848 Tel
(213) 473-6818 Fax
ronald.whitaker@lacity.org
www.lacity.org/atty

MICHAEL N. FEUER
City Attorney

January 29, 2016

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

Re: Our Claim No.: C16-2952

Dear Mr. Spindler:

The subject claim against the City has been referred to this office.

After reviewing the circumstances of the claim and the applicable law, it has been determined the claim should be denied.

This letter represents a formal notice to you that said claim has been denied. In view of this action, we are required by law to give you the following warning:

*****WARNING*****

> **"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action. The time within which federal causes of action must be filed Is governed by federal statutes."**
>
> **"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."**

Very truly yours,

Ronald S. Whitaker
Assistant City Attorney

RSW:ip

exhibit B

**PROOF OF SERVICE**

I certify and state that I am and was at all times herein mentioned over the age of eighteen years and not a party to the action in which this service is made; that at all times herein mentioned I have been employed in the County of Los Angeles and that my business address is 200 No. Main Street, Room 916, CHE, Los Angeles, California 90012.

On January 29, 2016, I served the documents(s) described as

**DENIAL OF CLAIM**

on the interested parties in this action as follows:

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

**[X]** **BY U.S. MAIL** – placed the envelope for collection and mailing, Following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing. It is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2016, at Los Angeles, California.

Irene M. Perez

HOLLY L. WOLCOTT
City Clerk

GREG ALLISON
Executive Officer

When making inquiries relative to this matter, please refer to the Council File No.

**CITY OF LOS ANGELES**
**CALIFORNIA**

ERIC GARCETTI
MAYOR

Office of the
CITY CLERK

Council and Public Services
Room 395, City Hall
Los Angeles, CA 90012

SHANNON HOPPES
Council and Public Services
Division

www.clerk.lacity.org

January 7, 2016

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

Claimant: **Wayne Spindler**

The claim you submitted has been forwarded to the Office of the City Attorney in accordance with City Council rules. The number assigned to the claim is:

Claim Number: **C16-2952**

Correspondence or questions regarding the claim should be in writing and sent to:

**Claims Section**
**Office of the City Attorney**
**200 North Main Street**
**City Hall East, Room 600**
**Los Angeles, California 90012**
**(213) 978-7050**

City Clerk
eg

FORM CONT. 100-A (Rev. 7/01)

RESERVE FOR FILING STAMP

CLAIM NO. ______________

RECEIVED
CITY CLERK'S OFFICE
2016 JAN -4 PM 12:40
CITY CLERK
BY
DEPUTY

# CLAIM FOR DAMAGES

## TO PERSON OR PROPERTY

### INSTRUCTIONS

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2)
3. Read entire claim before filing. Claim can be mailed or filed in person. No faxes accepted.
4. See Page 2 for diagram upon which to locate place of accident.
5. This claim form must be signed on Page 2 at bottom.
6. Attach separate sheets, if necessary, to give full details. SIGN EACH SHEET.
7. Fill out in duplicate. ONE COPY TO BE RETAINED BY CLAIMANT.
8. Claim must be filed with CITY CLERK, (Gov. Code Sec. 915a) 200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012

TO: CITY OF LOS ANGELES

Name of Claimant: Wayne SPindleR [redacted]

Age of Claimant: 45

Home address of Claimant: 19352 Vanowen St

City, State and Zip Code: Reseda CA 91335

Home Telephone Number: (213) 280-4634

Business address of Claimant: P.O. Box 16501

City, State and Zip Code: ENCINO, CA. 91416

Business Telephone Number: (213) 381-1403

Give address to which you desire notices or communications to be sent regarding this claim:
P.O. Box 16501 ENCINO, CA. 91416-6501

How did DAMAGE or INJURY occur? Please include as much detail as possible.
False Arrest on False-Flag "unlawful Assembly" which was illegally Declared By LAPD During LAPD'S Commission Hearing. Excessive Detention, Kidnapping, torture (13½ Hours Detention And $5,000 Bond)

When did DAMAGE or INJURY occur? Please include the date and time of the damage or injury.
11Am November 10, 2015 — tried to Declare the LoBBy of LAPD HQ — 2 or more People involved in violence. The Presiding officer Did not ADJourn the meeting or Lawfully Declare a recess of the meeting. President Johnson Simply threw everyone out.

Where did DAMAGE or INJURY occur? Please describe fully, and locate on the diagram on the reverse side of this shee[t]. Where appropriate, please give street names and addresses or measurements from specific landmarks:
LAPD Police HeadQuarters.
100 W. 1rst St, Suite 134 (Commission Boardroom And LoBBy) L.A. CA. 90[0]

What particular ACT or OMISSION do you claim caused the injury or damage? Please give names of City employee[s] causing the injury or damage and identify any vehicles involved by license plate number, if known.
Article III of UN Torture Convention, False imprisonment, Kidnapping, Illegal Arrest And Detention, Denial of Due Process And Access to Counsel. Denial of Access to meeting under Ralph M. Brown Act of CA.

Please list the names and address of Witnesses, Doctors and Hospitals:
Michael Hunt (Also Arrested with me)
Channel 11 Fox News
LAPD HQ
LAPD metro Division
LAPD metro Detention Center
LAPD Commission
LAPD Commissioner Soboroff
" Kim
" Johnson

SEE PAGE 2 (OVER)

THIS CLAIM MUST BE SIGNED ON REVERSE SID[E]

What DAMAGE or INJURIES do you claim resulted? Please give full extent of injuries or damages claimed:

Denial of Access to meeting, Physical injury to wrists, Pneumonia condition, mental Anguish, Nightmares, Back Stiffness.

What is the AMOUNT of your claim? Please itemize your damages:

$400,000 (actual) Pain and Suffering
$500,000 (mental Anguish)
$900,000 total

If you have received any insurance payments, please give the names of the insurance companies:

None

For all accidents claims please place on the following diagram the names of the streets where the accident occurred and the nearest cross-streets; indicate the place of the accident by an "X" and by showing the nearest address and distances to street corners. Please indicate where North is on the diagram.

Note: if the diagram does not fit the situation, please attach your own diagram.

Signature of Claimant or person filing on claimant's behalf giving relationship to claimant:

Print Name: Wayne Spindler

Date: 01/04/2016



City Hall East
200 N. Main Street
Room 916
Los Angeles, CA 90012

(213) 473-6848 Tel
(213) 473-6818 Fax
ronald.whitaker@lacity.org
www.lacity.org/atty

MICHAEL N. FEUER
City Attorney

January 29, 2016

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

Re: Our Claim No.: C16-3246

Dear Mr. Spindler:

The subject claim against the City has been referred to this office.

After reviewing the circumstances of the claim and the applicable law, it has been determined the claim should be denied.

This letter represents a formal notice to you that said claim has been denied. In view of this action, we are required by law to give you the following warning:

*****WARNING*****

**"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action. The time within which federal causes of action must be filed Is governed by federal statutes."**

**"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."**

Very truly yours,

Ronald S. Whitaker
Assistant City Attorney

RSW:ip

exhibit C

**PROOF OF SERVICE**

I certify and state that I am and was at all times herein mentioned over the age of eighteen years and not a party to the action in which this service is made; that at all times herein mentioned I have been employed in the County of Los Angeles and that my business address is 200 No. Main Street, Room 916, CHE, Los Angeles, California 90012.

On January 29, 2016, I served the documents(s) described as

**DENIAL OF CLAIM**

on the interested parties in this action as follows:

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

**[X]** **BY U.S. MAIL** – placed the envelope for collection and mailing, Following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing. It is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2016, at Los Angeles, California.

Irene M. Perez

HOLLY L. WOLCOTT
City Clerk

GREG ALLISON
Executive Officer

When making inquiries relative to this matter, please refer to the Council File No.

**CITY OF LOS ANGELES**
**CALIFORNIA**

ERIC GARCETTI
MAYOR

Office of the
CITY CLERK

Council and Public Services
Room 395, City Hall
Los Angeles, CA 90012

SHANNON HOPPES
Council and Public Services
Division

www.clerk.lacity.org

January 22, 2016

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

Claimant: **Wayne Spindler**

The claim you submitted has been forwarded to the Office of the City Attorney in accordance with City Council rules. The number assigned to the claim is:

Claim Number: **C16-3246**

Correspondence or questions regarding the claim should be in writing and sent to:

**Claims Section**
**Office of the City Attorney**
**200 North Main Street**
**City Hall East, Room 600**
**Los Angeles, California 90012**
**(213) 978-7050**

City Clerk
eg

An Equal Employment Opportunity - Affirmative Action Employer

FORM CONT. 100-A (Rev. 7/01)

RESERVE FOR FILING

CLAIM NO. __________

# CLAIM FOR DAMAGES

## TO PERSON OR PROPERTY

RECEIVED CITY CLERK'S OFFICE 2016 JAN 14 AM 10:27 CITY CLERK BY [illegible] DEPUTY

RECEIVED JAN 14 2016 OFFICE OF THE CITY ATTORNEY MICHAEL N. FEUER

### INSTRUCTIONS

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2)
3. Read entire claim before filing. Claim can be mailed or filed in person. No faxes accepted.
4. See Page 2 for diagram upon which to locate place of accident.
5. This claim form must be signed on Page 2 at bottom.
6. Attach separate sheets, if necessary, to give full details. SIGN EACH SHEET.
7. Fill out in duplicate. ONE COPY TO BE RETAINED BY CLAIMANT.
8. Claim must be filed with CITY CLERK, (Gov. Code Sec. 915a) 200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012

TO: CITY OF LOS ANGELES

Aka "Jew Boy"
Aka "House Negro"

Name of Claimant: Wayne Spindler, Aka "Wayne from Encino"

Age of Claimant:

Home address of Claimant: 19352 Vanowen St

City, State and Zip Code: Reseda CA 91335

Home Telephone Number: (213) 280-4634

Business address of Claimant: P.O. Box 16501

City, State and Zip Code: Encino CA. 91416

Business Telephone Number: (213) 381-1403

Give address to which you desire notices or communications to be sent regarding this claim: P.O. Box 16501 Encino, CA. 91416

How did DAMAGE or INJURY occur? Please include as much detail as possible.
I Filled out a Public Speaker Card on item #1 and general Public Comment. The Chair, a "House Negro" (See Below) Denied my right to Speak on Item #1, Despite allowing everyone else who went to the Podium, to Speak

When did DAMAGE or INJURY occur? Please include the date and time of the damage or injury.
1-13-2016 Homelessness & Poverty Committee meeting
time — 2:09:50 — 2:13:57 — (Denied Public Comment on Item #1)
2:15.27 — 2:16.40 - Public Comment (general)

Where did DAMAGE or INJURY occur? Please describe fully, and locate on the diagram on the reverse side of this sheet. Where appropriate, please give street names and addresses or measurements from specific landmarks:
City Hall Building, John Ferraro Chambers Room 340

I was illegally Arrested on 11/10/15 By LAPD Commissioners as A House Negro

What particular ACT or OMISSION do you claim caused the injury or damage? Please give names of City employees causing the injury or damage and identify any vehicles involved by license plate number, if known.
Co-Chair of meeting, MarQueece Harris-Dawson, Acted Like a "House-Negro" and allowed everyone to Speak, even over 1 minute except me, Mr. Spindler, on Item #1, File # 15-1138-S1. Retaliation!!

Please list the names and address of Witnesses, Doctors and Hospitals:
"House Negro" MarQueece Harris-Dawson (on audio tape City C
"House Negro" Wayne from Encino = me. Sergeant at Arms.

SEE PAGE 2 (OVER) THIS CLAIM MUST BE SIGNED ON REVERSE

What DAMAGE or INJURIES do you claim resulted? Please give full extent of injuries or damages claimed:
(1) Violation of Ralph M. Brown Act. (2) - Being Put on the Back of the Bus (3) Being treated as a House (4) letting the Jews Discriminate against Speakers.

What is the AMOUNT of your claim? Please itemize your damages:
$10,000

If you have received any insurance payments, please give the names of the insurance companies:
none

For all accidents claims please place on the following diagram the names of the streets where the accident occurred and the nearest cross-streets; indicate the place of the accident by an "X" and by showing the nearest address and distances to street corners. Please indicate where North is on the diagram.

Note: if the diagram does not fit the situation, please attach your own diagram.

Signature of Claimant or person filing on claimant's behalf giving relationship to claimant: "House Negro"

Print Name: Wayne Spindler

Date: 1/14/2016

HOLLY L. WOLCOTT
City Clerk

GREG ALLISON
Executive Officer

When making inquiries relative to this matter, please refer to the Council File No.

CITY OF LOS ANGELES
CALIFORNIA

ERIC GARCETTI
MAYOR

Office of the
CITY CLERK

Council and Public Services
Room 395, City Hall
Los Angeles, CA 90012

SHANNON HOPPES
Council and Public Services
Division

www.clerk.lacity.org

December 1, 2015

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

Claimant: **Wayne Spindler**

The claim you submitted has been forwarded to the Office of the City Attorney in accordance with City Council rules. The number assigned to the claim is:

Claim Number: **C16-2347**

Correspondence or questions regarding the claim should be in writing and sent to:

**Claims Section**
**Office of the City Attorney**
**200 North Main Street**
**City Hall East, Room 600**
**Los Angeles, California 90012**
**(213) 978-7050**

City Clerk
eg

exhibit D

FORM CONT. 100-A' (Rev. 7/01)

RESERVE FOR FILING STAMP

CLAIM NO. ____________

CITY CLERK'S OFFICE
2015 NOV 23 PM 3:07
CITY CLERK
BY ________ DEPUTY

# CLAIM FOR DAMAGES

## TO PERSON OR PROPERTY

### INSTRUCTIONS

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2)
3. Read entire claim before filing. Claim can be mailed or filed in person. No faxes accepted.
4. See Page 2 for diagram upon which to locate place of accident.
5. This claim form must be signed on Page 2 at bottom.
6. Attach separate sheets, if necessary, to give full details. SIGN EACH SHEET.
7. Fill out in duplicate. ONE COPY TO BE RETAINED BY CLAIMANT.
8. Claim must be filed with CITY CLERK, (Gov. Code Sec. 915a) 200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012

TO: CITY OF LOS ANGELES

Name of Claimant: Wayne SPINdleR

Age of Claimant: 45

Home address of Claimant: 19352 Vanowen Street

City, State and Zip Code: Reseda CA 91335

Home Telephone Number: (213) 280-4634

Business address of Claimant: P.O. Box 16501

City, State and Zip Code: ENCINO, CA. 91416

Business Telephone Number: (213) 321-1403

Give address to which you desire notices or communications to be sent regarding this claim:
P.O. BOX 16501 ENCINO, CA. 91416

How did DAMAGE or INJURY occur? Please include as much detail as possible.
LAPD Commission meeting 11-17-2015, Commissioner Soboroff Demanded I explain the Holocaust And why 6 million Jews Died, Accusing me of Racism

When did DAMAGE or INJURY occur? Please include the date and time of the damage or injury.
11-17-15 LAPD Commission meeting At Public Comment Agenda item #3C at 48-50 minute in meeting

Where did DAMAGE or INJURY occur? Please describe fully, and locate on the diagram on the reverse side of this sheet. Where appropriate, please give street names and addresses or measurements from specific landmarks:
100 W. First St, Police Commission Board Room L.A. CA. 90012

What particular ACT or OMISSION do you claim caused the injury or damage? Please give names of City employees causing the injury or damage and identify any vehicles involved by license plate number, if known.
Brown Act violations, invasion of Privacy, False Light.

Please list the names and address of Witnesses, Doctors and Hospitals:
Ass't Chief Earl Paysinger LA City Channel 35, LAPD Commission. Black Lives Matters. 13 witnesses/Speakers 38

SEE PAGE 2 (OVER)

THIS CLAIM MUST BE SIGNED ON REVERSE SIDE

What DAMAGE or INJURIES do you claim resulted? Please give full extent of injuries or damages claimed:

invasion of Privacy, Brown Act violations

What is the AMOUNT of your claim? Please itemize your damages:

$150,000 (Pain/Suffing

If you have received any insurance payments, please give the names of the insurance companies:

none

For all accidents claims please place on the following diagram the names of the streets where the accident occurred and the nearest cross-streets; indicate the place of the accident by an "X" and by showing the nearest address and distances to street corners. Please indicate where North is on the diagram.

Note: if the diagram does not fit the situation, please attach your own diagram.

X

LAPD Hot

100 W. First St

SIDEWALK

CURB

PARKWAY

SIDEWALK

CURB

Signature of Claimant or person filing on claimant's behalf giving relationship to claimant:

Print Name: Wayne Spindler Date: 11/23/15



MICHAEL N. FEUER
CITY ATTORNEY

01/15/2016

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

RE: Our Claim No.: C16-2951

Dear Mr. Spindler:

Your claim against the city has been referred to this office.

Upon review of the circumstances of your claim and the applicable law, it has been determined that your claim should be denied.

This letter represents a formal notice to you that your claim has been denied. In view of this action, we are required by law to give you the following warning.

*****WARNING*****

**"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action arising under state law. The time within which to file a court action alleging causes of action arising under federal law is governed by both federal statutes and decisional authority.**

**"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."**

Very truly yours,

Thomas Wong

THOMAS WONG
Chief Investigator

TW:al
Telephone: (213) 486-7644
Enclosure

City Hall East 200 N. Main Street Room 800 Los Angeles, CA 90012 (213) 978-7050 Fax (213) 978-7114

Exhibit E

**PROOF OF SERVICE BY MAIL**

I, Alysia Lim, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 200 North Main Street, Room 600, City Hall East, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing correspondence for mailing via the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On 01/15/2016, at my place of business at Los Angeles, California, I mailed a Denial Letter for Claim Number C16-2951 by placing it, with postage thereon fully prepaid, for collection and mailing via the United States mail addressed as follows:

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

I declare under penalty of perjury that the following is true and correct. Executed on 01/15/2016, at Los Angeles, California.

Alysia Lim

HOLLY L. WOLCOTT
City Clerk

GREG ALLISON
Executive Officer

When making inquiries relative to this matter, please refer to the Council File No.

**CITY OF LOS ANGELES**
**CALIFORNIA**

ERIC GARCETTI
MAYOR

Office of the
CITY CLERK

Council and Public Services
Room 395, City Hall
Los Angeles, CA 90012

SHANNON HOPPES
Council and Public Services Division

www.clerk.lacity.org

January 7, 2016

Wayne Spindler
P.O. Box 16501
Encino, CA 91416

Claimant: **Wayne Spindler**

The claim you submitted has been forwarded to the Office of the City Attorney in accordance with City Council rules. The number assigned to the claim is:

Claim Number: **C16-2951**

Correspondence or questions regarding the claim should be in writing and sent to:

**Claims Section**
**Office of the City Attorney**
**200 North Main Street**
**City Hall East, Room 600**
**Los Angeles, California 90012**
**(213) 978-7050**

City Clerk
eg

FORM CONT. 100-A (Rev. 7/01)

# CLAIM FOR DAMAGES

## TO PERSON OR PROPERTY

RESERVE FOR FILING STAMP

CLAIM NO. ____________

RECEIVED
CITY CLERK'S OFFICE
2016 JAN -4 PM 12:40
CITY CLERK
BY
DEPUTY

**INSTRUCTIONS**

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2)
3. Read entire claim before filing. Claim can be mailed or filed in person. No faxes accepted.
4. See Page 2 for diagram upon which to locate place of accident.
5. This claim form must be signed on Page 2 at bottom.
6. Attach separate sheets, if necessary, to give full details. SIGN EACH SHEET.
7. Fill out in duplicate. ONE COPY TO BE RETAINED BY CLAIMANT.
8. Claim must be filed with CITY CLERK, (Gov. Code Sec. 915a) 200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012

TO: CITY OF LOS ANGELES

Name of Claimant: Wayne Spindler

Age of Claimant: 45

Home address of Claimant: 19352 Vanowen St

City, State and Zip Code: Reseda CA 91335

Home Telephone Number: (213) 280-4634

Business address of Claimant: P.O. Box 16501

City, State and Zip Code: Encino, CA. 91416

Business Telephone Number: (213) 280-4634

Give address to which you desire notices or communications to be sent regarding this claim:

P.O. Box 16501 Encino CA. 91416-6501

How did DAMAGE or INJURY occur? Please include as much detail as possible.

LAPD Commission vice-President Steve Soboroff right after the LAPD Commission meeting Adjourned verbally assaulted And threatened me Because of what I said at the Brown Act Sanctioned meeting that Just occurred

When did DAMAGE or INJURY occur? Please include the date and time of the damage or injury.

December 8, 2015 about 12-1 pm

December 8, 2015 – Before Denial Admission to meeting when Seats were readily Available 9:30am-10:30am)

Where did DAMAGE or INJURY occur? Please describe fully, and locate on the diagram on the reverse side of this sheet. Where appropriate, please give street names and addresses or measurements from specific landmarks:

LAPD Police HeadQuarters

100 W. 1rst St. LoBBy Area, L.A. CA 90012

What particular ACT or OMISSION do you claim caused the injury or damage? Please give names of City employees causing the injury or damage and identify any vehicles involved by license plate number, if known.

VerBal Assault, threats, Calling me the "worst piece of Sheet ever." And Degrading my Parents as well.

Please list the names and address of Witnesses, Doctors and Hospitals:

LAPD vice-President Steve Soboroff. Cortiss Jenkens. Homeless Advocate "General" JEFF" 8 to 10 LAPD officers in the LoBBy. "Red Chief Hunt"

SEE PAGE 2 (OVER) THIS CLAIM MUST BE SIGNED ON REVERSE SIDE

What DAMAGE or INJURIES do y claim resulted? Please give full extent injuries or damages claimed:

mental Anguish, False imprisonment, terrorist threats, Illegal Denial of Access to meeting Before/During meeting 9:30–10:15 Am Appro

What is the AMOUNT of your claim? Please itemize your damages:

$500,000

If you have received any insurance payments, please give the names of the insurance companies:

None

For all accidents claims please place on the following diagram the names of the streets where the accident occurred ar the nearest cross-streets; indicate the place of the accident by an "X" and by showing the nearest address and distances street corners. Please indicate where North is on the diagram.

Note: if the diagram does not fit the situation, please attach your own diagram.

LAPD HQ

100 W. 1rst St

Area of verbal Assault/ False imprisonment

Main St

100 W. 1rst St

SIDEWALK

CURB

PARKWAY

SIDEWALK

CURB

Signature of Claimant or person filing on claimant's behalf giving relationship to claimant:

Print Name: Wayne Spindler

Date: 01/04/2016

# LOS ANGELES POLICE DEPARTMENT

**CHARLIE BECK**
Chief of Police

**ERIC GARCETTI**
Mayor

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 486-0150
TDD: (877) 275-5273
Ref #: 18.2.4

March 30, 2016

CF# 15-001479

Mr. Wayne Spindler
19352 Van Owen St.
Reseda, California 91355

Dear Mr. Spindler:

An investigation into your complaint that was reported on June 05, 2015, regarding the conduct of employees of the Los Angeles Police Department, has been completed. The investigation has gone through several levels of review, including myself and the command staff of Internal Affairs Group. Your allegation that the employee unnecessarily grabbed you from behind, causing an injury has been classified as *unfounded*, based on the preponderance of evidence standard, the investigation determined the act(s) alleged did not occur in the manner you described.

Thank you for bringing this matter to our attention. It is the goal of the Los Angeles Police Department to provide the highest level of quality service to every member of the community. Should you have any questions concerning this matter, please contact Lieutenant Shannon Paulson Security Services Division, at (213) 978-4600.

Very truly yours,

CHARLIE BECK
Chief of Police

GINA A. SANDERS, Captain
Commanding Officer
Security Services Division

exhibit F

# LOS ANGELES POLICE DEPARTMENT

**CHARLIE BECK**
Chief of Police

**ERIC GARCETTI**
Mayor

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 473-4340
TDD: (877) 275-5273
Ref #: 13.5.1

September 1, 2015

**CF No. 15-001479**

Mr. Wayne Spindler
P.O. Box 16501
Encino, California 91416

Dear Mr. Spindler:

Internal Affairs Group of the Los Angeles Police Department is currently conducting an investigation of alleged misconduct against members of this Department. It is the intention of the Department to investigate all such allegations.

You have been identified the complainant in this case, CF No. 15-001479. Your cooperation in this matter is essential in order to conduct a thorough and complete investigation. Please contact Detective Kristin Merrill, Administrative Investigation Section-Central at (213) 473-6641 to schedule an interview to discuss this matter.

Very truly yours,

CHARLIE BECK
Chief of Police

DAVID T. GRIMES, Captain
Commanding Officer
Administrative Investigation Division
Internal Affairs Group

LOS ANGELES POLICE DEPARTMENT
INTERNAL AFFAIRS GROUP
PHONE (213) 485-4152

COMPLAINANT: SPINDLER, WAYNE CF No. 15-001479

The Internal Affairs Group of the Los Angeles Police Department has received your complaint. You will be informed of the disposition of the investigation.

Please use the Complaint Form (CF) No. shown above in all future contacts regarding this complaint.

La Division de Asuntos Internos (Internal Affairs Group) del Departamento de Policia de Los Angeles ha recibido su queja y debido a ello se hara una investigacion. El Departamento de Policia le informara de los resultados finales de dicha investigation.

Favor de usar el numero de referencia para cualquiera referencia futura de esta queja.

CHARLIE BECK
Chief of Police

LOS ANGELES POLICE DEPARTMENT
INTERNAL AFFAIRS GROUP
PHONE (213) 485-4152

COMPLAINT ADVISORY INFORMATION

According to California State law, you have the right to make a complaint against a police officer for any improper police conduct. California law requires this agency to have a procedure to investigate community complaints you have a right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint. Even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Complaints and any reports or findings relating to complaints must be retained by this agency for at least five years.

**How to Make a Complaint**. You may make a complaint in person or by calling or writing to any Los Angeles police station or administrative facility. If you write, your complaint does not have to be on any special form. When you make a complaint in person, please ask to speak to a supervisor who can assist you. If you choose to call in your complaint, you may dial toll-free, (800) 339-6868, which is the Internal Affairs Hotline, which is staffed with a live investigator during business hours. During non-business hours, callers may leave a message and will be contacted by an investigator during the next business day when warranted. Complaints will also be accepted via facsimile, or electronically via the LAPD web site, www.LAPDonline.org. If you choose to file a complaint in using a Complaint Form, the forms are available at police facilities, City Council field offices, at the Police Commission, 100 West 1st Street, and at the Inspector General's office, 201 N. Figueroa Street. At a minimum, your complaint should include important facts, such as where the incident occurred, date and time of occurrence, and in the name(s) of the involved employee(s), if known. Postage-paid envelopes are also available

**ALTERNATIVE COMPLAINT RESOLUTION.** The Department offers an alternative approach to resolving public complaints through discussions between the complainant, the involved employee(s) and/or the assigned supervisor, with the goal of arriving at mutual understanding. If this approach to resolving your complaint interest you, please mention it to the supervisor taking your complaint.

**WHAT HAPPENS AFTER THE COMPLAINT IS MADE?** A Department supervisor will investigate your complaint. The investigation will be assigned to a local police station or to Internal Affairs. The accused employee's commanding officer will review the investigation and render a finding. The findings are reviewed at several other levels, including Internal Affairs. The Chief of Police wi make the final determination on any discipline imposed. You will be notified in writing of the outcome of the findings. We ask your patience, a the process is lengthy but necessary to ensure fairness and thoroughness.

**WHAT IF YOU DON'T LIKE THE OUTCOME OF THE INVESTIGATION?** Your reply letter will explain the general findings of the investigation a whether any discipline was imposed. Discipline can vary in severity and is not appropriate for eve incident. Your reply letter will include the name c the commanding officer who rendered the finding You may call the commanding officer, or you ma also contact the Inspector General of the Police Commission, who is responsible for auditing the Department's discipline system. The Inspector General's office may be reached at (213) 202-586 The address is 201 N. Figueroa Street, Suite 610, Los Angeles Street, 90012. When discussing you complaint with any member of the Department, please refer to the Complaint File (CF) number in the upper right corner of this receipt. If the CF number is not issued at the time you make a complaint, it will be mailed to you at the address you provide.

# LOS ANGELES POLICE DEPARTMENT

**CHARLIE BECK**
Chief of Police

**ERIC GARCETTI**
Mayor

P. O. Box 30158
Los Angeles, CA 90030
Telephone: (213) 473-4340
TDD: (877) 275-5273
Reference No. 13.5.1

April 13, 2016

**CF No. 15-003306**

Mr. Wayne Spindler
19353 Vanowen Street
Rescda, California 91335

Dear Mr. Spindler:

This correspondence is to advise you that the Los Angeles Police Department is continuing to actively investigate your complaint you reported on December 4, 2015. Your complaint is being thoroughly investigated and will undergo several levels of review. We ask for your continued patience, as these types of investigations take time to complete. At the conclusion of the investigation and review, you will be notified in writing of the investigative findings.

It is the goal of the Los Angeles Police Department to provide the highest level of quality service to every member of the community. Any questions regarding this matter may be referred to Sergeant Adrian Torres, Administrative Investigation Section-Central at (213) 485-0666.

Very truly yours,

CHARLIE BECK
Chief of Police

DAVID T. GRIMES, Captain
Commanding Officer
Administrative Investigation Division
Internal Affairs Group

**AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER**
*www.LAPDOnLine.org*
*www.joinLAPD.com*

exhibit G

# LOS ANGELES POLICE DEPARTMENT

**CHARLIE BECK**
Chief of Police

ERIC GARCETTI
Mayor

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 473-4340
TDD: (877) 275-5273
Ref #: 13.5.1

April 4, 2016

**CF No. 15-003306**

Mr. Wayne Spindler
19353 Vanowen Street
Reseda, California 91335

Dear Mr. Spindler:

Internal Affairs Group of the Los Angeles Police Department is currently conducting an investigation of alleged misconduct against members of this Department. It is the intention of the Department to investigate all such allegations.

You have been identified as the complainant in this case, CF No. 15-003306. Your cooperation in this matter is essential in order to conduct a thorough and complete investigation. Please contact Sergeant Adrian Torres, Administrative Investigation Section-Central at (213) 485-0666 to schedule an interview to discuss this matter.

Very truly yours,

CHARLIE BECK
Chief of Police

DAVID T. GRIMES, Captain
Commanding Officer
Administrative Investigation Division
Internal Affairs Group

# LOS ANGELES POLICE DEPARTMENT

**CHARLIE BECK**
Chief of Police

**ERIC GARCETTI**
Mayor

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 486-0150
TDD: (877) 275-5273
Ref #: 18.2.4

July 7, 2016

CF# 16-000060

Mr. Wayne Spindler
19352 Vanowen St.
Los Angeles, California 91355

Dear Mr. Spindler:

An investigation into your complaint that was reported on January 07, 2016, regarding the conduct of employees of the Los Angeles Police Department, has been completed. The investigation has gone through several levels of review, including myself and the command staff of Internal Affairs Group. Your allegation that the employee failed to accept a private person's arrest or issue a citation for a violation of the Brown act has been classified as *Exonerated.* This means that the investigation established that the officer's actions were justified, lawful, and proper. The investigation established that the officer did not violate any laws.

Thank you for bringing this matter to our attention. It is the goal of the Los Angeles Police Department to provide the highest level of quality service to every member of the community. Should you have any questions concerning this matter, please contact Lieutenant Shannon Paulson Security Services Division, at (213) 978-4600.

Very truly yours,

CHARLIE BECK
Chief of Police

GINA A. SANDERS, Captain
Commanding Officer
Security Services Division

exhibit H

***AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER***
***www.LAPDonline.org***
***www.joinLAPD.com***

















exhibit I





53











54

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

# PROOF OF APPEARANCE

*I certify that the person named below appeared in the court as indicated.*

| NAME OF PERSON WHO APPEARED IN COURT (PRINT) | CASE/CITATION NUMBER | ☒ NO FILING TO DATE |
|---|---|---|
| Wayne Spindler | | |
| ***APPEARED AS:*** *(Capacity)*<br>☒ Defendant:<br>☐ Witness:<br>☐ Other:______ | ***PLACE OF APPEARANCE:***<br>☐ COURTROOM: DEPT.______<br>☒ CLERK'S OFFICE | |
| ***DATE:*** 12-4-15<br>***TIME:*** 12-4-15 ☒ A.M. ☐ P.M. | SUPERIOR COURT OF CALIFORNIA ★ COUNTY OF LOS ANGELES [seal] | |
| COMMENTS:<br>NO FILING | SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK<br>By ______, Deputy | |

**RETAIN THIS FOR YOUR RECORDS**

**CRIM 050** (Rev. 09/13)
(Replaces CRIM M-130 & LAW M-19)

exhibit J

## PRISONER'S RECEIPT

| BOOKING NO. | U.O. | LOC.BKD. | DR. LIC. NO | STATE | MT |
|---|---|---|---|---|---|
| 4497014 | | 4273 | C64_ _ .2 | CA | N |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. |
|---|---|---|---|
| SPINDLER | WAYNE | | |

| PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|
| CT | | N |

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|
| 4204 | A | 111015 | 1100 | 1230 |

| LOCATION OF ARREST | BAIL | TOTAL BAIL |
|---|---|---|
| 100 W 1ST ST | 5000 | 5000 |

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|---|
| M | 409PC | FAIL DIS FM RIOT | |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

| ARRAIGN. DATE | TIME | COURT |
|---|---|---|
| | | |

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE

| HAS HEPATITIS | HAS V.D. | HAS OR EVER HAD T.B. | OTHER | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|---|
| N | N | N | N | NONE CLMD |

| ARRESTING OFFICER | SERIAL NO. | SERIAL # OFCR. CHECKING CWWS | BOOKING EMPLOYEE | SERIAL NO. | PROP. BAG # | RETAINED CASH | DEPOSITED |
|---|---|---|---|---|---|---|---|
| TAYLOR | 32992 | 32491 | VU | N2714 | 03616946 | $ NONE | $ 5.00 |

| SEARCHING OFFICER | SERIAL NO. | 2ND ARR. OFCR | TRANSPORTING OFFICER | SERIAL NO. | EC/IR READING | SUPV. APPROVING BKG SER # |
|---|---|---|---|---|---|---|
| TAYLOR | 32992 | 2NDARR 32491 | SAME | 32992 | | 26872 SGT. HURTADO |

PROPERTY

PPRS, BLT, CELL PHONE, KEYS, CELL PHONE B/O SCREEN,

**THIS IS YOUR PROPERTY RECEIPT AND IDENTIFICATION. KEEP IT WITH YOU AT ALL TIMES.**

1. **BAIL:**
   A. On a MISDEMEANOR CHARGE OR A BAILABLE FELONY CHARGE, you may be released on bail.
   B. On a WARRANT ISSUED IN ANOTHER COUNTY, you have the right, upon demand, to be taken before a magistrate in this county for the purpose of being admitted to bail. If you wish to go to court for this purpose, or do not know if you are arrested on an out-of-county warrant, contact your jailer.
2. **RELEASE FROM CUSTODY:** You will only be released from custody (bail, bond, own recognizance, etc.) after positive identification has been established. Positive identification has to be based on fingerprints. Refusal to submit to fingerprints will delay a person's release from custody.
3. **COURT APPEARANCE:** You may ask the jailer when you are scheduled for court appearance.
4. **TELEPHONE CALLS:** Within 3 hours from the time of your arrest, you may make the following phone calls:
   A. At City expense within the local dialing area, or at your own expense to other locations, to THREE of the following:
      (1) An attorney of your choice, the Public Defender, or any attorney assigned by the court.
      (2) A bail bondsman.
      (3) A relative or other person.
   B. For information regarding additional telephone calls, you may ask the jailer.
5. **ATTORNEYS AND BAIL BONDSMEN:** You may be visited by an attorney or bondsman upon your request or the request of a relative or friend. Beware of any person interested in procuring a lawyer or bondsman for you.
6. **VISITORS:** Inmates are permitted a maximum of one visitor each day. **Exception:** One minor child may accompany each responsible adult visitor. Visitation rules do not apply to visits by attorneys, bail bondsman, personal physicians, or members of the clergy, who may visit at any time. Hours may vary and are subject to cancellation.
7. **FOREIGN NATIONALS:** You may contact your Consular Office at any time. If you need assistance in contacting your Consular Office, notify the jailer. Visits from the Consular Office are permitted at any time.
8. **YOUR PROPERTY:** Your property will be returned to you immediately upon your release from LAPD custody.
9. **ILLNESS:** If you need medical attention, or are aware of another prisoner in need of it, notify the jailer at once.
10. **READING AND RECREATION:** A general circulation daily newspaper and a non-English language publication are available during the hours set by the jail supervisor. Hours may vary and are subject to cancellation.
11. **VOTING:** Notify the jailer of any request to vote in a local, state, or federal election.
12. **RELIGIOUS OBSERVANCE:** Notify the jailer of any request for religious material. Visits from members of the clergy or other bona fide religious advisors are permitted at any time.
13. **INMATE GRIEVANCE PROCEDURE:** Any complaint or grievance must be reported to a jail supervisor without delay.
14. **MAIL:** Mail to and from an inmate may be opened and inspected for contraband.
15. **INMATES WITH DISABILITIES:** Should you require any special assistance, notifiy the jailer.
16. **JAIL RULES:** Any obstruction, willful resistance, destruction of jail property, or other unlawful conduct towards custody staff may result in additional criminal charges being filed against you. Prosecution will be pursued regardless of the disposition of your original charges.

**IN THE SUPERIOR COURT OF LOS ANGELES JUDICIAL DISTRICT**
**COUNTY OF LOS ANGELES, STATE OF CALIFORNIA**

# CERTIFICATE OF DISCHARGE/EXONERATION OF BOND

Bond Number: A7-2295352 Amount of Bond $5,000.00

Defendant SPINDLER, WAYNE Date Posted 11/17/2015

Case Number 4497014 Charge(s): 409 PC

**This is to certify that I have examined the records of the Court and found that the liability of**

American Contractors Indmenity

**Insurance Company for the bond shown with corresponding power number** A7-2295352
**Was terminated on** **12/21/2015**

SHERRI R. CARTER,
Executive Officer/Clerk

12/22/2015

Date

Deputy

(SEAL)
SUPERIOR COURT, LOS ANGELES

# CITY OF LOS ANGELES SPEAKER CARD

NOTE: THIS IS A PUBLIC DOCUMENT SUBJECT TO POSTING ON THE CITY'S WEBSITE. YOU ARE NOT REQUIRED TO PROVIDE PERSONAL INFORMATION IN ORDER TO SPEAK, EXCEPT TO THE EXTENT NECESSARY FOR THE PRESIDING OFFICER TO CALL UPON YOU

Date 11.10.15

**THE CITY COUNCIL'S RULES OF DECORUM WILL BE ENFORCED.**

Council File No., Agenda Item, or Case No. 4

I wish to speak before the Special ~~Housing~~ LAPD
Name of City Agency, Department, Committee or Council

Do you wish to provide general public comment, or to speak for or against a proposal on the agenda? ( ) For proposal (X) Against proposal ( ) General comments

Name: Wayne Houseman

Business or Organization Affiliation: ____

Address: ____ Street ____ City ____ State ____ Zip ____

Business phone: ____ Representing: ____

**CHECK HERE IF YOU ARE A PAID SPEAKER AND PROVIDE CLIENT INFORMATION BELOW:** ☐

Client Name: ____ Phone #: ____

Client Address: ____ Street ____ City ____ State ____ Zip ____

Please see reverse of card for important information and submit this entire card to the presiding officer or chairperson.

exhibit K

# CITY : LOS ANGELES SPEAKER .RD

NOTE: THIS IS A PUBLIC DOCUMENT SUBJECT TO POSTING ON THE CITY'S WEBSITE.
YOU ARE NOT REQUIRED TO PROVIDE PERSONAL INFORMATION IN ORDER TO SPEAK,
EXCEPT TO THE EXTENT NECESSARY FOR THE PRESIDING OFFICER TO CALL UPON YOU

Date 11.10.15

THE CITY COUNCIL'S RULES OF DECORUM WILL BE ENFORCED.

Council File No., Agenda Item, or Case No. 5

I wish to speak before the Special Budget LADWP
Name of City Agency, Department, Committee or Council

Do you wish to provide general public comment, or to speak for or against a proposal on the agenda? ( ) For proposal ( ) Against proposal (X) General comments

Name: Wayne Houseman

Business or Organization Affiliation: ______

Address: ______
Street City State Zip

Business phone: ______ Representing: ______

CHECK HERE IF YOU ARE A PAID SPEAKER AND PROVIDE CLIENT INFORMATION BELOW: ☐

Client Name: ______ Phone #: ______

Client Address: ______
Street City State Zip

Please see reverse of card for important information and submit this entire card to the presiding officer or chairperson.

---

# CITY OF LOS ANGELES SPEAKER CARD

NOTE: THIS IS A PUBLIC DOCUMENT SUBJECT TO POSTING ON THE CITY'S WEBSITE.
YOU ARE NOT REQUIRED TO PROVIDE PERSONAL INFORMATION IN ORDER TO SPEAK,
EXCEPT TO THE EXTENT NECESSARY FOR THE PRESIDING OFFICER TO CALL UPON YOU

Date 11.10.15

THE CITY COUNCIL'S RULES OF DECORUM WILL BE ENFORCED.

Council File No., Agenda Item, or Case No. 6A

I wish to speak before the ~~Special Housing~~ LAPD
Name of City Agency, Department, Committee or Council

Do you wish to provide general public comment, or to speak for or against a proposal on the agenda? ( ) For proposal (X) Against proposal ( ) General comments

Name: Wayne Houseman

Business or Organization Affiliation: ______

Address: ______
Street City State Zip

Business phone: ______ Representing: ______

CHECK HERE IF YOU ARE A PAID SPEAKER AND PROVIDE CLIENT INFORMATION BELOW: ☐

Client Name: ______ Phone #: ______

Client Address: ______
Street City State Zip

Los Angeles Times

rts to examine t agreements.

iding and reduc- al staffing in line ing enrollment. also called for e cost of services l students. committee will findings at next ol board meeting. el's members are Anguiano, vice for planning and UC Riverside; De- n, former state su- nt of public in- Michael H. Fine, a rict fiscal analyst; er, former state at- neral and treasur- e Robles, a retired ndent who also is ne superintendent n; Miguel Santana, istrative officer for les; Darrell Stein- mer state Senate eter J. Taylor, for- tive vice president financial officer of rsity of California; Wong, director of Labor Center. Broad Foundation money to the Cali- mmunity Founda- the United Way of Los Angeles to sup- ucation Matters, a es digital initiative to more in-depth re- n schools.)

blume s.com @howardblume

# Victim, officers in beer bottle shooting ID'd

James Byrd was killed Oct. 3 by Zackary Goldstein and Andrew Hacoupian.

By Kate Mather and Nicole Santa Cruz

More than a month after Los Angeles police killed a man who they said threw a beer bottle through a patrol car window, authorities have identified the 45-year-old and the two officers who shot him.

James Joseph Byrd died the night of Oct. 3 after he was shot multiple times by police, a coroner's spokesman said Thursday. The LAPD identified the two officers as Zackary Goldstein and Andrew Hacoupian, both seven-year veterans of the department.

Coroner's officials spent weeks trying to track down Byrd's family and notify them of his death, spokesman Ed Winter said. After sending letters to several possible relatives, Winter said, investigators were able to contact one of Byrd's cousins and make the notification.

Coroner's officials typically make such family notifications before publicly releasing the name of someone who died.

Cmdr. Andrew Smith, an LAPD spokesman, said the department waited to release the officers' names until investigators determined there were no credible threats against the officers' safety. The California Supreme Court ruled that law enforcement agencies must generally provide the names of officers involved in shootings unless they can demonstrate such threats exist.

Police say Goldstein and Hacoupian were stopped at a red light in Van Nuys when the back window of their black-and-white police cruiser shattered. Fearing they were under fire, the LAPD said, the officers bailed out of the car and fired at a nearby man they believed was responsible.

The man, Byrd, died at the scene.

When investigators searched his body and the area, they didn't find a gun or any other weapon. Instead, police said, they determined that he had shattered the patrol car's window by throwing a 40-ounce beer bottle.

An attorney representing the officers previously told The Times that the pair had seen a video of a man flashing a gun behind an LAPD officer and had been warned that they might be ambushed from behind.

Attorney Gary Fullerton said the video was discussed in at least two roll call meetings the officers attended, including one the same day as the shooting. Fullerton said that after the shooting, the officers told investigators they thought they were being attacked because of the video they had seen.

"Both officers were very focused on that," Fullerton said. "When the window got blown out, they looked at each other and said, 'We're being shot at.'"

The LAPD later determined that the video wasn't a threat against officers but a promotional video filmed by an early 1990s rap group trying to make a comeback.

Byrd was one of 33 people shot by LAPD officers this year. Eighteen were killed.

kate.mather@latimes.com
nicole.santacruz@latimes.com
Twitter: @katemather and @nicolesantacruz

66

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Wayne Spindler, in propea

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
City of Los Angeles, Does 1 to 10 et, Al,

(b) County of Residence of First Listed Plaintiff: Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

(c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.
Wayne Spindler
P.O. Box 16501 Encino, CA. 91416-6501
(213) 381-1403

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.
Office of the City Attorney
200 N. Main St, Room 800
L.A. CA. 90012

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

[X] 1. Original Proceeding [ ] 2. Removed from State Court [ ] 3. Remanded from Appellate Court [ ] 4. Reinstated or Reopened [ ] 5. Transferred from Another District (Specify) [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No [X] **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 USC §1983 Civil rights 1st Amendment And Free Speech violations, CA. Const. Art I Free Speech
excessive Force, 8th Amendment

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/Etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Org.
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Info. Act
- [ ] 896 Arbitration
- [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- [ ] 153 Recovery of Overpayment of Vet. Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Fed. Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury-Med Malpratice
- [ ] 365 Personal Injury-Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 American with Disabilities-Employment
- [ ] 446 American with Disabilities-Other
- [ ] 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus/Other
- [X] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405 (g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: LA CV16 05655-RSWL-E

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| **QUESTION A: Was this case removed from state court?** ☐ Yes ■ No<br>If "no, " skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| **QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?** ☐ Yes ■ No<br>If "no, " skip to Question C. If "yes," answer Question B.1, at right. | | |
|---|---|---|
| | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?** ☐ Yes ■ No<br>If "no, " skip to Question D. If "yes," answer Question C.1, at right. | | |
|---|---|---|
| | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION D: Location of plaintiffs and defendants?** | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ■ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ■ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ■ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. → | ☐ Yes ■ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ↓ |

| **QUESTION E: Initial Division?** | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: → | Western |

| **QUESTION F: Northern Counties?** | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ■ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**? ☒ NO ☐ YES

If yes, list case number(s): ____________________

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**? ☒ NO ☐ YES

If yes, list case number(s): ____________________

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: 07/27/2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |