UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | NO. CV 16-5655-JLS(E)<br><br>ORDER TO SHOW CAUSE |

    Plaintiff filed the complaint in this action on July 29, 2016. It appears that Plaintiff has not effected service of the summons and complaint upon the Defendants within 90 days after July 29, 2016.

    IT IS THEREFORE ORDERED that, within twenty (20) days of the date of this order, Plaintiff shall show good cause, if there be any, why service of the summons and complaint was not made upon the Defendants within 90 days after the filing of the complaint. See Fed. R. Civ. P. 4(m). Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury.

///

Failure to comply with this order or failure to demonstrate good cause may result in a recommendation that this case be dismissed without prejudice.

DATED: October 28, 2016.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE