Wayne Spindler
P.O. Box 16501
Encino, CA. 91416-6501
(213) 381-1403—phone
(213) 381-5542-fax

*In propia persona*

FILED
2016 NOV 17 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, *et. al.*,<br><br>    Defendants. | No. 16CV-5655-JLS(E)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE DATED 10/28/16**<br><br>**DUE DATE: 11/17/16** |

## PLAINTIFF SHOWS GOOD CAUSE

The Plaintiff attaches this declaration under penalty of perjury to respond to the Court's Order to Show Cause for failure to serve the complaint within 90 days of the filing of July 29, 2016. (Attachment "A".) The well reasoned OSC dated October 28, 2016 (Attachment "B") is clearly the correct regulations and rules on service. The Plaintiff hasn't filed a civil action in a long time and did it with

[Spindler v. City of Los Angeles ~~Complaint~~ OSC resp] - 1

writs of mandamus against Federal Agencies and served them within the 90 days however, this type of action has pendent state claims and the rules to serve those in state court are different as Plaintiff recalls. The Plaintiff has been through such traumatic incidents and physical and emotional harm due to Defendant's and their surrogates continued attempts to destroy Plaintiff's life. There is another incident that occurred May 13, 2016 and continues to this date: The Defendant's after the arrest in this complaint, re-arrested the Plaintiff on the Steps (yes literally on the Steps) of Los Angeles City Hall and falsely accused him of violating P.C. 403 making a terrorist/criminal threat against a Herman J. Wesson Jr. (Who uses the false name of "Herb" J. Wesson Jr.) who is the acting President of the Los Angeles City Council.) The Defendants then filed a "Work Place Restraining Order" against Plaintiff and on June 10, 2016 obtained a 3 year restraining order and took Plaintiff's guns from him under threat of prosecution. Then the Defendants forced Plaintiff to post a $75,000 bond (10% down to the bond company and a first trust deed for the rest on his house) and go to a criminal arraignment (scheduled the same day as the T.R.O. hearing) only to learn for a second time the **D.A. filed no charges!** Then multiple press conferences and news stories were published along with false light claims that Plaintiff wore a hood and handed a death threat "to the first African American President of the City Council!"

Plaintiff wore a hood with a swastika **at police commission hearings and other City Hearings TO PROTEST THE SHOOTINGS OF AFRICAN AMERICANS AND OTHER YOUTHS BY THE POLICE DEPARTMENT!** Then the Defendant's two surrogates (Lobbyist power-player and Police Protective League leader Eric W. Rose, and the publisher of the L.A. Sentinel Danny Bakewell) have been in constant contact with the State Bar of California which has attempted to suspend or take away my license to practice law! Having to answer these complaints with answers as large as 500 pages, having to attend public meetings to discuss my side of the issues and stand up to these Defendant bullies, and trying to do my case work for clients, while battling chest pains and having recently suffered stroke-like symptoms, the service of this complaint has gone by and Plaintiff would very much like to continue this case and be able to proceed. The Defendants somehow also have stalled my appeal of the TRO with the CA. State Appeal Court. It was hoped that this issue could be resolved by October 2016 so that Plaintiff could amend this case to add those claims to go forward.

DATED: November 16, 2016

_____
Wayne Spindler, Plaintiff

DECLARATION IN SUPPORT OF RESPONSE TO OSC

I Wayne Spindler, hereby declare

1/ I am the Plaintiff in this case and failed to serve the Complaint within 90 days of filing.

2/ I recently suffered stroke-like symptoms while driving to Las Vegas on a client case, and have been very weak and have no health insurance and am afraid to see a doctor or someone for this condition as I would not be able to afford the insurance or costs of treatment. If I die, then so be it.

3/ I have been through pure hell on Earth since Last November 2015 when I was falsely arrested at the Los Angeles Police Commission Hearing in the Lobby of the building along with another Man, Michael Hunt. Michael Hunt has retained counsel and wanted me to join his case with mine. I was going to decide whether to serve this complaint, or amend it and serve, or dismiss and refile it with the other events after the November 2015 incident as it involves the same Defendant City. Then those issues got put aside with too many things that I

[Spindler v. City of Los Angeles Complaint] - 4

Attachment "A"

don't want to bother your Honor with.

4/ Since this incident, the Defendants have:

    A. Attacked my law License

    B. Had cause death threats to be called in and other death threats against me.

    C. Lose nearly all my income to live on.

    D. Scared clients and other council have barraged me for files, refunds, cancellations of business, and other deadlines that have expedited.

    E. City of Los Angeles attempted to force me to build a new set of cinder block walls on my house or force me to pay $1,000 a day every day late,

    F. Was pulled over several times, and cited once.

    G. Cited me for hundreds of dollars in parking fines no matter where I am parked.

    H. Press conferences, and stories in every major media broadcasting that I am a racist, a terrorist, and a threat to all People and a criminal.

    I. Falsely arrested me for a Felony, holding me 8 ½ hours, forcing me to lose all my guns and rights

to them for 3 years; post a bond for $75,000 and put my home up to avoid being jailed in L.A. Metro Jail (where a black woman was murdered in at that recent time no less); obtained a 3 year restaining order; forcing me to spend thousands more to fight that order alone; and forcing me to stop voting in all elections for fear of my life and being unable to vote my conscious. \

I. Suffering chest pains, stroke-like symptoms, and emotional distress all while working on all of this at the same time. Right now, I'm in terrible shape and each morning wake up with stiffness in my back, neck, and all around my heart.

5/ As a result of these things, I didn't look up the rules on service, and thought that after I got word the case was sent to Your Honor by reassignment that It extended the time. I couldn't figure that out and knew I needed to get it served on the Defendants, but also I'm afraid to do so: The Defendants may attempt to do even more to me. I wanted to honestly put off serving this until I got an answer on the appeal of the TRO or

[Spindler v. City of Los Angeles Complaint] - 3

a possible settlement proposal as I've reached out to everyone I can to suggest this has to stop---I can't go on like this, but also the Defendants really shouldn't keep this up either.

6/ I would like to avoid having to refile as the pendent state claims may die since I think there was a 6 month statute of limitations from the denial of the claims. This is all new to me and I'm trying to learn.

7/ Even the ACLU whom I spoke to doesn't want to take my case! No one of the so called "free speech" movement will reach out and take my cause or this case and get me on a path to resolve these claims.

8/ I want to resolve these claims and leave the City of Los Angeles and move to Ventura County (not that they want me, but I'll just stay the hell away from politics and never vote again.)

9/ The political system in Los Angeles County is ran as an Oligarchy and anyone who opposes the special interests will be DESTROYED. Make no mistake—these Defendants ARE A DANGER TO YOUR FAMILY AND YOUR LIFE

IF YOU OPPOSE THEIR WILL. There is no controlling legal authority to reign in their abusive and criminal conduct.

10/ Therefore, for these reasons and others I will stop now. Writing this makes me ill having to recount it. I'm sorry to bother Your Honor with what will seem to you and no doubt the complex litigation you handle ~~we handle~~ as the trivial ramblings of another person who simply crossed the wrong folks who have the keys to the Castle of life.

I declare under penalty of perjury of the Laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____

Wayne Spindler, declarant.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | NO. CV 16-5655-JLS(E)<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed the complaint in this action on July 29, 2016. It appears that Plaintiff has not effected service of the summons and complaint upon the Defendants within 90 days after July 29, 2016.

IT IS THEREFORE ORDERED that, within twenty (20) days of the date of this order, Plaintiff shall show good cause, if there be any, why service of the summons and complaint was not made upon the Defendants within 90 days after the filing of the complaint. See Fed. R. Civ. P. 4(m). Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury.

///

Attachment "B"

Failure to comply with this order or failure to demonstrate good cause may result in a recommendation that this case be dismissed without prejudice.

DATED: October 28, 2016.

  /s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2

Case: 2:16cv5655   Doc: 5

Wayne Spindler
P.O. Box 16501
Encino, CA 91416-6501

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<22435175@cacd.uscourts.gov>Subject:Activity in Case 2:16-cv-05655-JLS-E Wayne Spindler v. City of Los Angeles et al Order to Show Cause Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/28/2016 at 2:12 PM PDT and filed on 10/28/2016

| | |
|---|---|
| **Case Name:** | Wayne Spindler v. City of Los Angeles et al |
| **Case Number:** | 2:16-cv-05655-JLS-E |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER TO SHOW CAUSE** by Magistrate Judge Charles F. Eick. Plaintiff filed the complaint in this action on 7/29/16. It appears that Plaintiff has not effected service of the summons and complaint upon the Defendants within 90 days after 7/29/16. It is Therefore Ordered that, within 20 days of the date of this order, Plaintiff shall show good cause, if there be any, why service of the summons and complaint was not made upon the Defendants within 90 days after filing of the complaint. Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury. Failure to comply with this order or failure to demonstrate good cause may result in a recommendation that this case be dismissed without prejudice. (sp)

**2:16-cv-05655-JLS-E Notice has been electronically mailed to:**
**2:16-cv-05655-JLS-E Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Wayne Spindler
P.O. Box 16501
Encino CA 91416-6501