MICHAEL FEUER, City Attorney (SBN: 111529)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN: 163388)
GABRIEL S. DERMER, Assistant City Attorney (SBN: 229424)
DORA A. GONZALEZ, Deputy City Attorney (SBN: 210947)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7564
Facsimile (213) 978-7011
dora.gonzalez@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF LOS ANGELES, MATTHEW M. JOHNSON; MITCHELL ENGLANDER; MARQUEECE HARRIS-DAWSON; CHARLIE BECK, STEVE SOBOROFF and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:16-cv-05655-JLS-E<br><br>Complaint Filed: July 29, 2016<br><br>**DEMAND FOR JURY TRIAL**<br><br>[Honorable Josephine L. Staton]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12 (b)(6) AND MOTION TO STRIKE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(f)**<br><br>Date: May 19, 2017<br>Time: 9:30 a.m.<br>Ctrm: 20, 312 N. Spring, LA, CA<br>Hon. Charles F. Eick<br><br>[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice and [Proposed] Order] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 19, 2017, at 9:30 a.m. in Courtroom 20, 3rd Floor, of the United States District Court for the Central District of California, 312 N. Spring St., Los Angeles, CA, 90012, before the Honorable Charles F. Eick, Defendants City of Los Angeles (the "City"), Matthew M. Johnson, Mitchell Englander, Marqueece Harris-Dawson, Charlie Beck, and Steve Soboroff (collectively "Defendants") will and hereby do move for an order dismissing Plaintiff in Propria Persona, Wayne Spindler's ("Plaintiff") Complaint for Damages ("Complaint") pursuant to FED. R. CIV. PRO. 12(b)(6) for failure to state a claim upon which relief can be granted on the following grounds:

1. Plaintiff fails to properly allege a *First Amendment* Claim either from his arrest (First Claim for Relief) or the Defendants' Rules of Decorum (Second Claim for Relief).

2. Plaintiff fails to properly allege a *Fourth Amendment* false arrest or excessive force Claim (First Claim for Relief).

3. Plaintiff fails to properly allege a *Fifth Amendment* Claim either from his arrest (First Claim for Relief) or the Defendants' Rules of Decorum (Second Claim for Relief).

4. Plaintiff fails to properly allege an Eighth *Amendment* cruel and unusual punishment Claim from his arrest (First Claim for Relief).

5. Plaintiff fails to properly allege a *Fourteenth Amendment* Claim either from his arrest (First Claim for Relief) or the Defendants' use of Rules of Decorum (Second Claim for Relief).

6. Plaintiff fails to properly allege a Claim for Violation of *Article 1, Section 2 of the California Constitution* (Free Speech Clause) from either his arrest (First Claim for Relief) or the Defendants' Rules of Decorum (Second Claim for Relief), and no money damages are available for violation of the Free Speech Clause.

7. Plaintiff fails to properly allege a *42.U.S.C. Section 1983* or *Monell* Claim from either his arrest (First Claim for Relief) or the Defendants' Rules of Decorum (Second Claim for Relief).

8. All Defendants are entitled to qualified immunity.

9. Plaintiff is not entitled to punitive damages from any Defendant.

10. The Complaint as a whole alleges all claims and both causes of action against all parties, drawn substantially from another person's complaint; such a pleading is a sham, vague and ambiguous particularly as to individually named Defendants, Matthew Johnson, Steve Soboroff, Charlie Beck, Mitchell Englander, Marqueece Harris-Dawson.

Defendants also move to strike the following portions of Plaintiff's Complaint pursuant to FED. R. CIV. PRO. 12(f) as redundant, immaterial, impertinent or scandalous:

1. Complaint, p. 8, ll. 5-17, including Exhibits C and J as immaterial.
2. Complaint, p. 10, ll. 17-18, as immaterial and scandalous.
3. Complaint, p. 10, ll. 26-28, as immaterial and scandalous.
4. Complaint, p. 11, ll. 8-9, as impertinent or scandalous.
5. Complaint, p. 11, ll. 25-27; p.12, ll. 1-24, as immaterial, impertinent, redundant and scandalous.
6. Complaint, p. 13, ll. 23-24; p. 14, ll.1-28; p. 15, ll.1-5, as redundant.
7. Complaint, p. 18, ll. 12, as immaterial.
8. Complaint, p. 19, ll. 21-28, as immaterial and impertinent.
9. Complaint, p. 22, ll. 26-28, as immaterial.

These motions are based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, the file and all pleadings in this matter, any oral argument, any matters upon which judicial

notice may be taken, and any and all other matters this court deems just and necessary.

These motions are made following the conference of counsel/plaintiff in propria persona pursuant to CENTRAL DISTRICT LOCAL RULE 7-3, which took place on February 27, 2017.

Dated: March 9, 2017,     Respectfully submitted,

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Deputy City Attorney
GABRIEL S. DERMER, Assistant City Attorney


By:      */s/ Dora A. Gonzalez*
    DORA A. GONZALEZ,
    Deputy City Attorney
    Attorneys for Defendants, City of Los Angeles, Matthew M. Johnson, Mitchell Englander, Marqueece Harris-Dawson, Charlie Beck, and Steve Soboroff