MICHAEL FEUER, City Attorney (SBN: 111529)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN: 163388)
GABRIEL S. DERMER, Assistant City Attorney (SBN: 229424)
DORA A. GONZALEZ, Deputy City Attorney (SBN: 210947)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7564
Facsimile (213) 978-7011
dora.gonzalez@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>　　　　Plaintiff,<br>　　　　In Propria Persona<br>　vs.<br><br>CITY OF LOS ANGELES, MATTHEW M. JOHNSON; MITCHELL ENGLANDER; MARQUEECE HARRIS-DAWSON; CHARLIE BECK, STEVE SOBOROFF and Does 1-10,<br><br>　　　　Defendants. | Case No.:  2:16-cv-05655-JLS-E<br><br>Complaint Filed: July 29, 2016<br>**DEMAND FOR JURY TRIAL**<br><br>[Honorable Josephine L. Staton]<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1]** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for the Defendants City of Los Angeles, Matthew M. Johnson, Mitchell Englander, Marqueece Harris-Dawson, Charlie Beck, Steve Soberoff (collectively (Defendants") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. City of Los Angeles — Defendant
2. Matthew M. Johnson — Defendant
3. Mitchell Englander — Defendant
4. Marqueece Harris-Dawson — Defendant
5. Charlie Beck — Defendant
6. Steve Soberoff — Defendant
7. Wayne Spindler — Plaintiff

Dated: March 9, 2017,

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Deputy City Attorney
GABRIEL S. DERMER, Assistant City Attorney
THOMAS H. PETERS, Chief Deputy City Attorney

By: */s/ Dora A. Gonzalez*
DORA A. GONZALEZ,
Deputy City Attorney
Attorneys for Defendants, City of Los Angeles, Matthew M. Johnson, Mitchell Englander, Marqueece Harris-Dawson, Charlie Beck, and Steve Soboroff