UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 16-5655-JLS(E)                              Date: March 9, 2017

Title: WAYNE SPINDLER v. CITY OF LOS ANGELES, et al.

**DOCKET ENTRY**

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                  None

**PROCEEDINGS:**   (IN CHAMBERS)                              (Page 1 of 3)

The Court is in receipt of "Defendants' Motion to Dismiss the Complaint, etc.," filed March 9, 2017 ("the motion"). The previously noticed May 19, 2017 hearing date is vacated. The motion may present matters outside the pleadings. Therefore, the Court may treat the motion as a motion for summary judgment. See Fed. R. Civ. P. 12 and 56. A copy of Rule 56 is attached to this Order. Plaintiff is advised to read and become familiar with this rule. A motion for summary judgment, if granted by the Court, ends the case without a trial. In other words, if the Court grants Defendants' motion for summary judgment, Plaintiff will lose and the case will be over. Plaintiff must serve on Defendants and file with the Court Plaintiff's opposition to the motion on or before April 10, 2017. At that time, the Court will take the motion under submission without oral argument, unless otherwise ordered. Plaintiff's failure to file timely opposition may result in the granting of Defendants' motion for summary judgment, and/or the dismissal of the entire case, with or without prejudice, for failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 16-5655-JLS(E)                              Date: March 9, 2017

Title: WAYNE SPINDLER v. CITY OF LOS ANGELES, et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                            None

**PROCEEDINGS:**   (IN CHAMBERS)                                              (Page 2 of 3)

  Rule 56(e) sets forth the requirements for opposing the motion, and provides that, if the opposing party fails to so respond "summary judgment, if appropriate, shall be entered against [the opposing] party." As set forth in Rule 56(e), Plaintiff may not rely on the mere allegations or denials of Plaintiff's pleadings. Unless Defendants' motion for summary judgment fails as a matter of law, Plaintiff's opposition must include evidence admissible within the meaning of Rule 56(e) demonstrating that a genuine dispute exists concerning a fact material to the case. Plaintiff's opposition may include sworn affidavits (or declarations under penalty of perjury) setting forth specific facts material to the case. All affidavits and declarations must be signed by persons having "personal knowledge" of the facts stated in the affidavits or declarations. See Fed. R. Civ. P. 56(e). Plaintiff's opposition also may include documentary evidence admissible within the meaning of Rule 56(e).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 16-5655-JLS(E)  Date: March 9, 2017

Title: WAYNE SPINDLER v. CITY OF LOS ANGELES, et al.

**DOCKET ENTRY**

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

STACEY PIERSON — DEPUTY CLERK

N/A — COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS:** (IN CHAMBERS)  (Page 3 of 3)

Plaintiff is warned that, if Plaintiff fails to submit such evidence contradicting Defendants' version of the facts, the Court may accept Defendants' version of the facts as the truth. If the Court accepts Defendants' version of the facts as the truth, the Court may grant Defendants' motion for summary judgment and enter final judgment against Plaintiff without any trial.

cc: Judge Staton
    Plaintiff
    Counsel for Defendants

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  SP