Wayne Spindler
P.O. Box 16501
Encino, CA. 91416-6501
(213) 381-1403—phone
(213) 381-5542-fax

*In propia persona*

FILED

2017 APR 10  AM 9: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Wayne Spindler,** | Case No.: **2:16-cv-05655-JLS-E** |
| **Plaintiff,** | Complaint Filed: July 29. 2016 |
| | **DEMAND FOR JURY TRIAL** |
| **vs.** | {Honorable Josephine L. Staton} |
| **City of Los Angeles; Matthew M.** | **FILING OF ORIGINAL DECLARATION OF WAYNE SPINDLER** |
| **Johnson; Mitchell Englander;** | Due Date: April 10, 2017 |
| **Marqueece Harris-Dawson; Charlie** | Hon. Charles F. Eick |
| **Beck, Steve Soboroff** | [filed concurrently with Request for Judicial Notice;(proposed) Order; Plaintiff's Memorandum of Points and Authorities in Opposition; and Statement of Genuine Disputes.] |
| **and Does 1 to 10,** | |
| **Defendants.** | |

I.                    Plaintiff files his declaration

Plaintiff Wayne Spindler has been the victim of systemic deprivations of his rights

- 1 -

to free speech, freedom from retaliation, harassment, and discrimination by the Defendants. The Defendants have acted to cut off Plaintiff from speaking at public forums in the City of Los Angeles, and has been physically assaulted, battered, arrested, falsely imprisoned, and the target of strategic tactics to deny Plaintiff his right to public participation.

This declaration therefore accompanies Plaintiff's opposition papers to the Defendants' motions to dismiss and strike, which have been construed as a motion for summary judgement. It includes attached exhibits.

### CONCLUSION

Please allow this declaration as further evidence of genuine issues of material fact.

Dated this 6th Day of April 2017

_____

Wayne Spindler
*In propia persona*

– 2 –

# DECLARATION OF WAYNE SPINDLER

I, Wayne Spindler, depose and say as follows:

1.      I am the Plaintiff in the above named case. I have been a duly Licensed attorney since March 20, 1995.[1] I have practiced in the Federal District Court, Central District of California before. However, it was, I believe nearly 20 years ago since I litigated a motion of this type, a dismissal/summary judgement and this is my first attempt to file a "1983" case. The Defendants attorneys make it seem that I am just trying to file a "sham" pleading in some attempt to do exactly what, I do not know. That is certainly not the case. The ACLU and others will not assist me in this wrong.  So I had to go it alone and here I am.

2.      I was running against a hard deadline in 2016. I had to file my lawsuit, this action, or be "time-barred." I have filed many claims, each specifically addressing my harm---the City Attorney of Los Angeles either denies every single claim or doesn't answer. In the Defendants' Request for Judicial Notice (Exhibit A) is the complaint I used as a template for figuring out how to state a claim under 1983 and ancillary state claims. Portions of that complaint got into my complaint, because my computer crashed and I had to manually go back and re-type the document, as the fonts all were wrong and things like that. So I

---

[1] Plaintiff graduated from a non-ABA law school, not a regular school.

- 3 -

put my complaint back together as best as I could. Mr. Hunt, the same man as the

Plaintiff in that suit, was arrested with me on November 10, 2015 at the Police

Commission meeting (Exhibit A—photo of I and Mr. Hunt being arrested in the

Police Headquarters Lobby.) He was taken and given a promise to appear, no bond

as I was told. However, I wasn't given a promise to appear (Exhibit C—the

booking notice I was given.) I was given "the grand tour" courtesy of Mr. Johnson,

Mr. Soboroff, and Chief Beck. At the meeting before they arrested me I had

entered the Lobby Area, and had filled out my Speaker cards (Exhibit B;

Complaint, Exhibit K.) on the remaining items. The meeting when I got there was

recess. There were a lot of people in the Lobby area, who had all been forced out

of the meeting, as I was informed everyone had been kicked out of the meeting and

that the meeting would resume after a recess. I wasn't kicked out of the meeting,

I just arrived in the lobby and checked in. Two guys got into a verbal dispute and

they were told to leave. Everyone was really angry! This type of situation of

clearing the room and forcing everyone to go back out the meeting room to the

main lobby and then have to check in and wait in line (again) was getting people

really mad. The bad part especially is, they restart the meeting **while everyone**

**single file has to clear security.** It can take 10 minutes to an hour depending on

the staff there and the number of people. Then the Defendants Soboroff or

- 4 -

Johnson would announce there were "no more seats" when there were. This type of back and forth had been going on for a while at that point. No one was arrested however, unless ordered out of the building and not leaving after several warnings.

This situation on November 10th was different: The Cops were throwing everyone out of the building and off the property completely. I wanted a ruling by someone in charge that this is legal. I believed it was illegal. Mr. Hunt said it was absolutely illegal. No one replied to my request and I was cuffed and arrested. So was Mr. Hunt. There were other people in the Lobby and in the bathroom. No one else was arrested on this so-called "unlawful assembly."

3.     First, the cops arrested and then took Me and Mr. Hunt down an elevator to the Commissioner's parking spaces. This is the reserved parking spaces for the 5 Commissioners and the Chief. Then after being patted down and stood up for over an hour, while being cuffed, the police came with a cruiser and took me South from the Commission HQ building on 1rst Street and Main. I was driven down to Skid Row, a police station is there. I believe it is called Central Division." The cops took me in and cuffed me to a bench. There in the room were Skid Row detainees---one a transgender woman yelling and screaming the entire time and others locked in sliding cells yelling and beating on things. It was one of the most terrifying moments of my life. It was also a teachable moment as I got to

- 5 -

see first hand how L.A.P.D. regularly abuses the people they take into the station that serves the Skid Row area. They yell out things like "fuck you" and "hey, nigger" to black people and they get more and more agitated. Then the Police goat them into a '5150' hold which means they will hold them for days. The goal in this station is to **remain calm or seem so.** If anyone in there gets out of line, you'll be physically and psychologically abused by the Police. I knew at that moment, with my heart problems, that I may not make it, but I couldn't say anything or else I'd have no chance to get out. They showed me a paper saying I have a $5,000 bond. I needed a phone. I couldn't get one at all for the first several hours of this hell.

4.      Several Detectives were there. They were on their cell phones. I believe they talked to the Mayor or the Chief. They were saying something outside in the hallway like "what should we do with him?" I wanted to get out of there. I'd do anything to get out of there. I begged to speak to Mayor Garcetti, whom I've known for many years. They laughed. I pleaded to be let go on a ticket to appear---since this was a misdemeanor citation. They promised they would strongly consider it. It turned out the answer was no. I was cuffed behind my back and forced to stand in that position for an hour or so. They cuffed me again in the ride in the vehicles both times as well. My wrists were hurt by this and I have circulation problems in that position, it was increasing my blood pressure and

– 6 –

was very hard on my heart. In 1993 I suffered a stroke and had a near loss of strength in my right arm and hand. I had to basically take notes learning to do so left handed my last semester in Law School.

5.      After they processed me, they drove me right back to 1rst street up to the same area, but we turned left. This time they brought me to the Metro Detention center, 1rst and Los Angeles St. Now they put me through a humiliating booking that lasted hours and hours. Then they stuck in a small cell with several people, one of whom claim he just fired shots at cops on the 6th Street bridge. I had to call a bonding company. The phone didn't take 800 numbers. So you have to be able to get a local dial number and call. There was a pink paper that said I could request a decision on my custody status by calling a number. I did. (Exhibit B page 2.) To no avail. The cell was filthy with urine on the floor.

6.      After many hours, I was taken along with others up an elevator to a large two story holding area. The bond person had trouble posting my bond and after 13 ½ hours, the next day on Veteran's day I was finally let go. I was given paperwork to be arraigned on a misdemeanor violation however.

7.      I appeared for my subsequent arraignment. The D.A. did not file charges. However, I had to wait for another 3 weeks after that to clear my bond

- 7 -

paperwork. Finally that was done. Then I learned they could file against me anytime for any reason on that charge **within 1 year.**  (Exhibit D, appearance and proof of non-filing.) (Complaint, Exh. B, claim filed.)

8.       Having a Bar license as I do, the last thing I need  is an arrest it is very bad. I was in the media as I was shown being hauled off in handcuffs in this demeaning and horrible way.

9.       Mr. Soboroff wasn't done with me it seems. I went Dec. 8th Police Commission meeting[2] and after it ended, Mr. Soboroff, along with his private LAPD security detail, got in front of the exit in the lobby, and said I was "the worst piece of shit ever" and that my parents should be so sad to have had me! I didn't respond, as he was clearly in the L.A.P.D. HQ trying to provoke me. All the Police stood right there and let him do this to me, which I still find frightening. At a subsequent meeting, I confronted Mr. Soboroff during my time at the podium at public comment about what he said to me, he replied 'I offered to buy you lunch!"I complained about these incidences to the City Attorney and the L.A.P.D. internal affairs. After much run-around, nothing was done about it. (Complaint, Exh. F-H.) Soboroff also accosted me at the November 17, 2015 meeting. This bizarre incident (Complaint, Exhibit D) is where Mr. Soboroff at the meeting at

---

[2] December 8, 2015 incident, Complaint, Exhibit  E.

Filing of original declaration of Wayne Spindler

my public comment wanted me to explain the Holocaust and why I am making references to Hitler and bringing swastikas into the meetings. I replied. But Mr. Soboroff is Jewish. He was really angry at me personally for wearing a white hood with a red swastika while speaking. Mr. Hunt also wore a red hood and a KKK style garb on, and said he was running for 'police chief" and wanted to be known as the "Red Chief Hunt." I explained at meetings that I think the L.A.P.D. is a Nazi style organization and is committing genocide by shooting unarmed people and assaulting others, as well as enforcing rules at public meetings destroying personal liberties.

10.     The incidents at these public meetings didn't stop at this set of events. I was at a Committee meeting with chair Councilman Marqueece Harris-Dawson and he got rid of the speaker card for general public comment and denied my comment. I complained to the City Attorney. Nothing was done.  (Complaint Exh. C.)

11.     Another incident was a meeting of Public Safety chaired by Mitchell Englander, who claims he's a police officer. He had interrupted me continually and had the L.A.P.D. remove me from the meeting in his committee. Again, I complained to the City Attorney. Nothing was done. (Complaint, Exh. A.) Defendant Englander is also Jewish and apparently a police officer as well as a

- 9 -

City Councilman, and really hates me. I campaigned against him for his run for the Board of Supervisors in the 5th District in the Antelope Valley, Pasadena, and the San Fernando Valley. He finished in 5th place out of 7 candidates on the ballot. He raised the most money and it was a humiliating defeat. I call him the "Dwarf" and "Dibble Dwarf" as well, after a combination of "Dibble" named in honor oof Ron Dibble (who was a great relief pitcher in the National League in the 90's but had such a bad temper it ruined his brilliant career) and Mr. Englander is a very intelligent man but had a horrendous temper with not just the public but with staff and co-workers, and "Dwarf" (Defendant Englander is rather short) thus the term "Dibble Dwarf." Many employees in City Hall have told me they hate him. I am informed and believed he, along with Mr. Soboroff hate me very much and have for some time. I on the other hand don't hate them except I hate them for what they do to me and cause me trouble and make intimidating acts. Soboroff and Englander are dangerous to get angry as I know now that Soboroff has access to private L.A.P.D. armed security 24/7 and Englander carries a concealed weapon since he has permission by Defendant Beck to do so, in writing no less.[3]

    12.     It causes me great stress and emotional aggravation and I can't

---

[3] This is why I requested to cancel my voter registration back last year. No one processed it. On March 31, 2017 the day after I was assaulted by L.A.P.D and the C.H.P. I canceled my voter registration in person. I will not vote again, as it really isn't a good idea to vote in any of these elections. (Exh. E.)

- 10 -

---

Filing of original declaration of Wayne Spindler

sleep right when I think about these things. The City of Angels is constantly harming me and constantly trying to impede me from publicly speaking at these meetings. These meetings are supposed to be there to speak and give opinion. What goes on is quite the opposite.

13.     The retaliation against me was pushed up considerably and I have filed but not yet served a separate lawsuit on the 2016 issues, which were covered internationally and nationally. The next round of City of Los Angeles retaliation and harassment against me : a Felony arrest, a TRO, a $75,000 bond, and at least 6 State Bar complaints and nearly a total loss of my ability to make a living. The Defendants and each of them want to destroy me and never see me come back to their meetings. (Complaint, Exh.

14.     It is dangerous and potentially life threatening to publicly oppose the City of Los Angeles and its people. If you do, you will be an outcast or driven out of the City and ruined. This is the fear that exists in the City of Angels. The Defendants and their City Attorney know this, and they are trying to cast my situation as some nothing to do set of events. The City engages in terror tactics against its opponents. They control the police, the prosecutor, and have great power along other branches of Government. They also file criminal charges and restraining order applications as strategic litigation against public participation

- 11 -

or "S.L.A.P.P."

15.     I have tried to settle this with the Defendants and keep this from going any further in the public. I want to leave the City and go somewhere else and try to rebuild my life.

16.     The Defendants released an article to the L.A. Times saying I was charged with illegal possession of an assault weapon on March 29, 2017. I searched the L.A. Superior Court database as of 4:26 pm March 30, 2017 **and I was unable to locate such a court filing. The Defendants said via their official spokesman Mr. Wilcox said the charge was filed and that a court date was set for April 21, 2017. The Defendants never contacted me whatsoever as to this date about this charge.** Defendants are using media sources to tarnish, defame, and further ruin my reputation. Further, it is believed this threat or actual criminal charge was filed for the purpose of gaining an advantage of this and another 2 civil proceedings I currently am prosecuting against the Defendants.

17.     My lower back started hurting on Monday night this week On Tues, my left lower leg had something happened and I can't walk correctly. I believe these are stroke-like symptoms. I do not have insurance. The stress that I'm under is constant with headaches and things like this occurring. This latest

- 12 -

Filing of original declaration of Wayne Spindler

situation is different however as of today I still cannot walk normally. The arrest and detention on the 30th of March forced me to twist my feet and legs in the back of an L.A.P.D. squad car. I will note the C.H.P. when the cuffed me allowed me to sit in the front of their vehicle and **sit with my legs stretched.** I am not happy they cuffed me and interrogated me, but for the record that was a humane gesture that I appreciate. The L.A.P.D. officials when I told them of my injury didn't care and only took me out of the back of their cramped backseat when they "handed me off" to the C.H.P.

18.     I am afraid now to go to the City Hall building and will have to avoid going to public meetings for fear that this latest incident health wise coupled with a possible arrest on a false gun charge is awaiting me if I return there. On April 5, 2017, the City Council unanimously passed a bill to arrest on site anyone who violates the "rules of decorum" while on "City Property." The Defendant City L.A.P.D. on my 47th birthday ordered me out of my car at gunpoint about an hour after I attended a public meeting which was a jointly held Assembly Member and City public meeting.[4]

19.     On March 31, 2017 I cancelled my voter registration and I am

---

[4] Mr. Hunt who was arrested with me in Nov 2015 has been the target of Repeated City Hall retaliation (Pl. Jud. Notice. Exh. C and D, and K) I feel the Defendants retaliate against me for associating with Hunt and that I am a Lawyer.

- 13 -

doing this in fear that someone might **again** change my voter registration address. According to County records, my voter registration address was changed without my consent or knowledge to my ranch address outside of Los Angeles City to unincorporated Los Angeles County. I did not vote---I discovered my sample ballot that was mailed to me contained issues that the Antelope Valley voted on, therefore I became suspicious. I am informed and believed that my voter registration was changed to falsify a voter fraud complaint against me since I wasn't living permanently at my ranch—my water supply to the property was completely destroyed by a landslide and storm in 2013 to 2016 in a series of weather events. My property was destroyed by a fire caused by a downed D.W.P. power line. I filed a timely claim, but the City's attorneys' caused me to not be compensated to date for the permanent damage done to my property.

   I now know my voter registration **physical address** was changed to outside the City. A Councilmember currently on the Council is involved in litigation against another party---that other person's voter registration was changed to the Council member's wife's house. I am informed and believe I was the victim of voter registration fraud by the Defendant city. Therefore, I am afraid to vote and to protect myself from casting a ballot potentially that is not in my current and correct domicile, I cancelled my voter registration and state clearly I do not intend to ever

- 14 -

vote again. (Exh. E. ) (Plaintiff's Judicial Notice, Exh. I.)

      20.     I am afraid to go to City Council meetings and enter the building of the City Council for fear of my personal safety.[5] I am afraid that I will be the continued target of arrests, detentions, and false charges by the Defendants. Therefore I have no choice but to withdraw from public participation. I did on the evening of the 5th of April 2017 attend a planning meeting. I thank God nothing happened to me but I also was able to comment on items and help secure a peaceful resolution of a Venice project that would of tore down a "walk street" house and build a 28 foot towering building that would have been used to tear down the remaining bungalows and rent-controlled apartments. I had been involved in this earlier and didn't want to let down the opponents to the project and not come to speak. The Developer will now meet and make changes to the project and the community was very pleased with handshakes being given at the end of the 4 hour meeting. I am happy these people will be able to save their homes. But I must be certain to stay clear of the Defendants especially at the Downtown meetings.

---

[5] Plaintiff's Judicial Notice; Exh. H and J. Further retaliation by Defendants.

- 15 -

1   I declare under penalty of perjury of the Laws of the United States that the

2   foregoing is true and correct.

3

4

5      Executed on April 6, 2017

6

7

8

9

10      _____

11      Wayne Spindler

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          - 16 -

Filing of original declaration of Wayne Spindler

## Exhibits

exhibit A - Photo L.A. times     — Page 18-19
website π Arrest
w/ MR. Hunt

exhibit B - Speaker Cards     — pages 20-23
of π 11/10/15
meeting

exhibit C - Booking Slip     — pages 24-26
11/10/15 Arrest

exhibit D - 11/10/15 incident     — pages 27-29
NO charges
Filing Slip

Exhibit E     — pages 30-33
Voter registration
Cancelation

17

# EXHIBIT A

/8

Page 1 of 1



Checks

http://www.trbimg.com/img-5642578e/turbine/la-me-ln-police-commission-president-goals-201-001/600/6...   1/1/2016

exhibit A    19

# EXHIBIT B

## CITY OF LOS ANGELES SPEAKER CARD

**NOTE: THIS IS A PUBLIC DOCUMENT SUBJECT TO POSTING ON THE CITY'S WEBSITE.
YOU ARE NOT REQUIRED TO PROVIDE PERSONAL INFORMATION IN ORDER TO SPEAK,
EXCEPT TO THE EXTENT NECESSARY FOR THE PRESIDING OFFICER TO CALL UPON YOU**

Date  11.10.15

**THE CITY COUNCIL'S RULES OF
DECORUM WILL BE ENFORCED.**

Council File No., Agenda Item, or Case No.

I wish to speak before the _Special Housing LAPD_
Name of City Agency, Department, Committee or Council

Do you wish to provide general public comment, or to speak for or against a proposal on the agenda?   ( ) For proposal
(X) Against proposal
( ) General comments

Name: _Wayne Houseman_

Business or Organization Affiliation: _____

Address: _____
Street          City          State          Zip

Business phone: _____ Representing: _____

**CHECK HERE IF YOU ARE A PAID SPEAKER AND PROVIDE CLIENT INFORMATION BELOW:** ☐

Client Name: _____ Phone #: _____

Client Address: _____
Street          City          State          Zip

Please see reverse of card for important information and submit this entire card to the presiding officer or chairperson.

exhibit B   21

# CITY OF LOS ANGELES SPEAKER CARD

**NOTE: THIS IS A PUBLIC DOCUMENT SUBJECT TO POSTING ON THE CITY'S WEBSITE.**
YOU ARE NOT REQUIRED TO PROVIDE PERSONAL INFORMATION IN ORDER TO SPEAK,
EXCEPT TO THE EXTENT NECESSARY FOR THE PRESIDING OFFICER TO CALL UPON YOU

Date  11.10.15

**THE CITY COUNCIL'S RULES OF
DECORUM WILL BE ENFORCED.**

Council File No., Agenda Item, or Case No.

I wish to speak before the _Bid-Budget LADWP_
Name of City Agency, Department, Committee or Council

Do you wish to provide general public comment, or to speak for or against a proposal on the agenda? ( ) For proposal
( ) Against proposal
(X) General comments

Name: _Wayne Houseman_

Business or Organization Affiliation: _____

Address: _____
Street                    City                    State        Zip

Business phone: _____ Representing: _____ [ ]

**CHECK HERE IF YOU ARE A PAID SPEAKER AND PROVIDE CLIENT INFORMATION BELOW:**

Client Name: _____ Phone #: _____

Client Address: _____
Street                    City                    State        Zip

Please see reverse of card for important information and submit this entire card to the presiding officer or chairperson.

Exhibit B     22

# CITY OF LOS ANGELES SPEAKER CARD

**NOTE: THIS IS A PUBLIC DOCUMENT SUBJECT TO POSTING ON THE CITY'S WEBSITE.**
**YOU ARE NOT REQUIRED TO PROVIDE PERSONAL INFORMATION IN ORDER TO SPEAK,**
**EXCEPT TO THE EXTENT NECESSARY FOR THE PRESIDING OFFICER TO CALL UPON YOU**

| Date 11.10.15 | **THE CITY COUNCIL'S RULES OF DECORUM WILL BE ENFORCED.** | Council File No., Agenda Item, or Case No. 6A |

I wish to speak before the _~~Special Housing~~ LAPD_
Name of City Agency, Department, Committee or Council

Do you wish to provide general public comment, or to speak for or against a proposal on the agenda? ( ) For proposal
(X) Against proposal
Name: _Wayne Houseman_ ( ) General comments

Business or Organization Affiliation: _____

Address: _____
Street            City            State        Zip

Business phone: _____ Representing: _____

**CHECK HERE IF YOU ARE A PAID SPEAKER AND PROVIDE CLIENT INFORMATION BELOW:** ☐

Client Name: _____ Phone #: _____

Client Address: _____
Street            City            State        Zip

_Please see reverse of card for important information and submit this entire card to the presiding officer or chairperson._

exhibit B                23

# EXHIBIT C

24

**PRISONER'S RECEIPT**

| BOOKING NO. | | | | | |
|---|---|---|---|---|---|
| 4497014 | 4273 | C6437272 | CA | N | |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. |
|---|---|---|---|
| SPINDLER | WAYNE | | |

| | | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|---|---|
| | | CT | | N |

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKO. |
|---|---|---|---|---|
| 4204 | A | 111015 | 1100 | 1230 |

| LOCATION OF ARREST | | BAIL | 5000 |
|---|---|---|---|
| 100  W 1ST    ST | | TOTAL BAIL | 5000 |

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|---|
| M | 409PC | FAIL DIS FM RIOT | |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

ARRAIGN. DATE    TIME    COURT

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE

| | HAS HEPATITIS | HAS V.D. | HAS OR EVER HAD T.B. | OTHER | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|---|---|
| | N | N | N | N | NONE CLMD |

| ARRESTING OFFICER | SERIAL NO. | SERIAL # OF OFCR. CHECKING CWWS | BOOKING EMPLOYEE | SERIAL NO. | PROP. BAG # | RETAINED | CASH | DEPOSITED |
|---|---|---|---|---|---|---|---|---|
| TAYLOR | 32992 | 32491 | VU | N2714 | 03616946 | $ NONE | $ 5.00 | |

| SEARCHING OFFICER | SERIAL NO. | 2ND ARR OFCR. | TRANSPORTING OFFICER | SERIAL NO. | EC/IIR READING | SUPV. APPROVING BKG SER # 26872 |
|---|---|---|---|---|---|---|
| TAYLOR | 32992 | 2NDARR 32491 | SAME | 32992 | | SGT. HURTADO |

PROPERTY

PPRS, BLT, CELL PHONE, KEYS, CELL PHONE B/O SCREEN,

### THIS IS YOUR PROPERTY RECEIPT AND IDENTIFICATION.  KEEP IT WITH YOU AT ALL TIMES.

1. **BAIL:**
   A. On a MISDEMEANOR CHARGE OR A BAILABLE FELONY CHARGE,  you may be released on bail.
   B. On a WARRANT ISSUED IN ANOTHER COUNTY, you have the right, upon demand, to be taken before a magistrate in this county for the purpose of being admitted to bail. If you wish to go to court for this purpose, or do not know if you are arrested on an out-of-county warrant, contact your jailer.
2. **RELEASE FROM CUSTODY:**  You will only be released from custody (bail, bond, own recognizance, etc.) after positive identification has been established. Positive identification has to be based on fingerprints. Refusal to submit to fingerprints will delay a person's release from custody.
3. **COURT APPEARANCE:**  You may ask the jailer when you are scheduled for court appearance.
4. **TELEPHONE CALLS:**  Within 3 hours from the time of your arrest, you may make the following phone calls:
   A. At City expense within the local calling area, or at your own expense to other locations, to THREE of the following:
      (1) An attorney of your choice, the Public Defender, or any attorney assigned by the court.
      (2) A bail bondsman.
      (3) A relative or other person.
   B. For information regarding additional telephone calls, you may ask the jailer.
5. **ATTORNEYS AND BAIL BONDSMEN:**  You may be visited by an attorney or bondsman upon your request or the request of a relative or friend. Beware of any person interested in procuring a lawyer or bondsman for you.
6. **VISITORS:**  Inmates are permitted a maximum of one visitor each day.  **Exception:** One minor child may accompany each responsible adult visitor. Visitation rules do not apply to visits by attorneys, bail bondsman, personal physicians, or members of the clergy, who may visit at any time. Hours may vary and are subject to cancellation.
7. **FOREIGN NATIONALS:**  You may contact your Consular Office at any time.  If you need assistance in contacting your Consular Office, notify the jailer. Visits from the Consular Office are permitted at any time.
8. **YOUR PROPERTY:**  Your property will be returned to you immediately upon your release from LAPD custody.
9. **ILLNESS:**  If you need medical attention, or are aware of another prisoner in need of it, notify the jailer at once.
10. **READING AND RECREATION:**  A general circulation daily newspaper and a non-English language publication are available during the hours set by the jail supervisor. Hours may vary and are subject to cancellation.
11. **VOTING:**  Notify the jailer of any request to vote in a local, state, or federal election.
12. **RELIGIOUS OBSERVANCE:**  Notify the jailer of any request for religious material. Visits from members of the clergy or other bona fide religious advisors are permitted at any time.
13. **INMATE GRIEVANCE PROCEDURE:**  Any complaint or grievance must be reported to a jail supervisor without delay.
14. **MAIL:**  Mail to and from an inmate may be opened and inspected for contraband.
15. **INMATES WITH DISABILITIES:**  Should you require any special assistance, notify the jailer.
16. **JAIL RULES:**  Any obstruction, willful resistance, destruction of jail property, or other unlawful conduct towards custody staff may result in additional criminal charges being filed against you.  Prosecution will be pursued regardless of the disposition of your original charges.

EXHIBIT C                                    25

**PRISON RAPE ELIMINATION ACT (PREA)**

If you wish to speak to a staff member privately about sexual abuse or sexual harassment, mention PREA (which stands for the Prison Rape Elimination Act) to any staff member, or you can hand them this pink slip folded with the word PREA facing up.

If you believe you are in danger or if you are sexually abused or sexually harassed, you can report it by:

1. **Telling any LAPD employee or volunteer,** including medical staff.
2. **Folding over the corner of your Prisoner s** Receipt (pink slip) so the word PREA is facing up and hand it to a staff member.

3. **Writing to Jail Division,** when possible, at 180 N. Los Angeles St., Los Angeles, CA 90012.
4. **Tell a family member or friend** and have them report for you by contacting any LAPD Police Station or Jail Division at (213) 356-3400.
5. **Call LAPD s Office of the Inspector General (OIG) at (213) 482-6833.** The OIG works to assist the community and LAPD staff with complaints of police misconduct. All reports to the OIG will be forwarded to LAPD for investigation.
6. **Call the Los Angeles Airport Police at (424) 646-6100.** All reports made to the Airport Police will be forwarded to LAPD for investigation.

## BAIL REDUCTION/RELEASE ON PROMISE TO APPEAR

You have the right to have your bail reviewed by the Bail Commissioner.  The Bail Commissioner will consider a request for your bail to be reduced or for you to be released on your promise to appear in court (OR).

To have your bail reviewed, please call:

Collect:  (213) 351-0311
Toll Free: 1 (800) 773-5151
Hours: 6:30AM to Midnight

NOTE:  You do not qualify if you are booked ONLY for a BENCH  OR ARREST WARRANT, a FEDERAL CHARGE, VIOLATION OF PROBATION OR PAROLE or VIOLATION OF A RESTRAINING ORDER.

If you have any questions about this procedure, ask the jailer.

## REDUCCION DE FIANZA/LIBERTAD BAJO PALABRA

Usted  tiene el derecho de que su fianza sea revisada por el Comisionado de fianza.  El Comisionado de fianza revisara su solicitud para  la reduccion de la fianza o para salga bajo palabra.

Para la revision de su fianza, por  favor llame:

Por Cobrar: (213) 351-0311
Gratis: 1 (800) 733-5151
Horario: 6:30AM a Medianocha

Usted no califica si ha sido arrrestado por una ORDEN de ARRESTO de JUEZ o una ORDEN de DETENCION, un CARGO FEDERAL, VIOLACION de LIBERTAD CONDICIONAL, o VIOLACION de una ORDEN DE CONSTRENIMIENTO.

Si tiene alguna pregunta tocante a este procediemineto, preguntele al carcelero

exhibit C



PREA
26

# EXHIBIT D

27

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

# PROOF OF APPEARANCE

| I certify that the person named below appeared in the court as indicated. | | |
|---|---|---|
| NAME OF PERSON WHO APPEARED IN COURT (PRINT)<br>*Wayne Spradley* | CASE/CITATION NUMBER | ☒ NO FILING TO DATE |
| APPEARED AS: (Capacity)<br>☒ Defendant:<br>☐ Witness:<br>☐ Other: _____ | PLACE OF APPEARANCE:<br>☐ COURTROOM: DEPT. _____<br>☒ CLERK'S OFFICE | |
| DATE: *12-4-15*<br><br>TIME: *12-4-15*  ☒ A.M. ☐ P.M. | | |
| COMMENTS:<br>*NO FILING* | SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK<br><br>By _____, Deputy | |

## RETAIN THIS FOR YOUR RECORDS

CRIM 050 (Rev. 09/13)
(Replaces CRIM M-130 & LAW M-19)

SUPERIOR CRT - CRIM
312 N SPRING STREET S...
LOS ANGELES, CA 90012

TERMINAL ID: 36041963
MERCHANT #: 510100009984

NC:                           577
#: x x
CLK: 77
SALE
BATCH: 002977
DATE: DEC 24, 15        TIME: 11:52
SQC 011             AUTH NO: 9627P

TOTAL                         $25.00

CUSTOMER COPY

*Exhibit D*

28

# IN THE SUPERIOR COURT OF LOS ANGELES JUDICIAL DISTRICT
## COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

## CERTIFICATE OF DISCHARGE/EXONERATION OF BOND

Bond Number: __A7-2295352__    Amount of Bond ___$5,000.00___

Defendant ___SPINDLER, WAYNE___    Date Posted ___11/17/2015___

Case Number    4497014    Charge(s):    409 PC

This is to certify that I have examined the records of the Court and found that the liability of

___American Contractors Indmenity___

Insurance Company for the bond shown with corresponding power number ___A7-2295352___
Was terminated on ___12/21/2015___

SHERRI R. CARTER,
Executive Officer/Clerk

____12/22/2015____

Date

Deputy

(SEAL)

exhibit D

29



# EXHIBIT E



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

March 31, 2017

This is a certified Abstract of an Affidavit of Registration currently on file with the Los Angeles County Registrar-Recorder/County Clerk. The authenticity of this documentation bears the seal of the Registrar- Recorder/County Clerk imprinted in purple ink, and may be verified, if necessary, by contacting the Election Information Section at (800) 815-2666 Option 4, Monday through Friday, between 8 a.m. to 5 p.m..

The Abstract verifies the voter registration status of the person named below.   It has been provided in lieu of a photocopy of the Affidavit of Registration and is evidence  of citizenship for voting purposes only. Additional documentation may be necessary if used for proof of citizenship when traveling outside the United States.  You may want to contact the foreign country's governmental tourism office or consult your travel agent.

**DEAN C. LOGAN**
**REGISTRAR-RECORDER/COUNTY CLERK**

## VOTER REGISTRATION ABSTRACT

*VOTER ID:*   525720702

*NAME:*  WAYNE FREDRICK SPINDLER

*ADDRESS:*    43164  LAKE HUGHES RD

LAKE HUGHES, CA 93532

*PARTY:*    **NO PARTY PREFERENCE**

*BIRTHPLACE:*   **CALIFORNIA**

*BIRTHDATE:*    3/30/1970

*STATUS:*        **CANCELED**

*CONDITION:*      **VOTER'S REQUEST**

*CONDITION DATE:*  3/31/2017

*AFFIDAVIT:*         91BA215662

*REGISTRATION DATE:*   9/11/2009

*AFFIDAVIT RECEIVED :*   9/11/2009

*MICROFILM NUMBER:*    6449   1562

This is a true copy to the record certified for voting purposes
It bears the seal, imprinted in purple ink,
f the Registrar-Recorder/County Clerk

MAR 3 1 2017   *M. L.*

Dean C. Logan REGISTRAR-RECORDER/COUNTY CLERK
OS ANGELES COUNTY, CALIFORNIA

EXHIBIT E        .31

Wayne Spindler, Esq.
P.O. Box 1650
Encino, CA. 91416-650)

REGISTRAR Recorder/County Clerk
P.O. Box 30450
Los Angeles, CA. 90030-0450

Exhibit E

3/31/17

Sup DMV in 2009
registered me themselves.
32