Wayne Spindler
P.O. Box 16501
Encino, CA. 91416-6501
(213) 381-1403—phone
(213) 381-5542-fax

*In propia persona*

FILED
2017 APR 10  AM 10: 27
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Spindler,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Los Angeles; Matthew M. Johnson; Mitchell Englander; Marqueece Harris-Dawson; Charlie Beck, Steve Soboroff and Does 1 to 10,<br><br>    Defendants. | Case No.: 2:16-cv-05655-JLS-E<br><br>Complaint Filed: July 29. 2016<br><br>**DEMAND FOR JURY TRIAL**<br><br>{Honorable Josephine L. Staton}<br><br>Notice of **LODGED MEETING AUDIO RECORDING OF 11/10/2015 L.A.P.D. POLICE COMMISSION MEETING**<br><br>Due Date: April 10, 2017<br>Hon. Charles F. Eick<br><br>[filed concurrently with Request for Judicial Notice;(proposed) Order; Plaintiff's Declaration; and Statement of Genuine Disputes, and Memorandum of Points and Authorities in Opposition to Defendants motion to dismiss pursuant to Federal rule of Civil Procedure §12 (b)(6) and their motion to strike pursuant to Federal Rule of Civil Procedure §12(f). |

- 1 -

**LODGED MEETING AUDIO RECORDING OF 11/10/2015 L.A.P.D. POLICE COMMISSION MEETING**

## INTRODUCTION AND ALLEGED FACTS.

Attached with separate cover is the audio recording from the Defendant City of Los Angeles' website records available to the public of the Los Angeles Police Commission dated November 10, 2015.

Dated this 6th Day of April 2017

_____
Wayne Spindler
*In propia persona*

**LODGED MEETING AUDIO RECORDING OF 11/10/2015 L.A.P.D. POLICE COMMISSION MEETING**