UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 16-5655-JLS(E)            Date:  September 5, 2017

Title:  WAYNE SPINDLER v. CITY OF LOS ANGELES, et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  CHARLES F. EICK, JUDGE

STACEY PIERSON                                 N/A
**DEPUTY CLERK**                          **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                              None

**PROCEEDINGS:**   (IN CHAMBERS)

The Court is in receipt of Plaintiff's "First Amended Complaint, etc.," filed September 1, 2017. Defendants shall file a response to the First Amended Complaint within twenty-eight (28) days of the date of this Order.

cc:   Judge Staton
      Plaintiff
      Counsel for Defendants